UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 DEC -9 PM 1:51

Rossana Caponetto

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been
assigned)

-against-

LARRY MULLEN
ANN ACHESON
R20 PRODUCTIONS LLC

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

22 CV 10423

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒  **Federal Question**

☐  **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Fraud upon the court. Federal rule of civil
procedure 60 (d)(3)
Deprivation of rights under the color of law Title 18, U.S.C. Section 242
Conspiracy against rights Title 18 U.S.C. Section 241

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                 (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of _____
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Rossana
First Name

Middle Initial

Caponetto
Last Name

251 W 92nd Street Apt. 2B
Street Address

New York
County, City

NY
State

10025
Zip Code

212 874-7053
Telephone Number

divinejustice212@protonmail.com
Email Address (if available)

**B.  Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     Laurence        Mullen
_____
First Name              Last Name
U2 drummer - professional musician
_____
Current Job Title (or other identifying information)
25 Central Park West   APT. 8J
_____
Current Work Address (or other address where defendant may be served)
New York              NY           10023
_____
County, City              State              Zip Code

Defendant 2:     Ann             Acheson
_____
First Name              Last Name
Partner of Larry / Laurence Mullen
_____
Current Job Title (or other identifying information)
25 Central Park West     APT. 8J
_____
Current Work Address (or other address where defendant may be served)
New York              NY           10023
_____
County, City              State              Zip Code

Defendant 3:     R20 PRODUCTIONS LLC c/o William Zsybat
_____
First Name              Last Name
R20 PRODUCTIONS LLC Co-FOUNDER
_____
Current Job Title (or other identifying information)
250 W 57th Street   23rd floor
_____
Current Work Address (or other address where defendant may be served)
New York              NY           10107
_____
County, City              State              Zip Code

Defendant 4:

_____   _____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____   _____   _____
County, City                State               Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Supreme Court Rockland County, NY_

Date(s) of occurrence: _June 28, 2022_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

A judgement was procured against
Plaintiff Rossana Caponetto through Fraud
upon the Court on 06/28/22 - index # 32137/2020
See attached "motion to vacate
Judgement for fraud upon the court"
Federal Rule of Civil procedure 60 (d) (3),
deprivation of Rights under the color
of law: Title 18, U.S.C., section 242 and
conspiracy against rights, Title 18
U.S.C. section 241

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PTSD - Major depression
diagnosed - see exhibits
DEPRIVATION OF CIVIL, CONSTITUTIONAL
AND GOD GIVEN RIGHTS

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$ 10,000,000 To close case # 032137/2020
$ 90,000,000 for wilful infliction
of emotional and physical pain, mental
anguish, shock and trauma for DENYING
Plaintiff's Civil, Constitutional, God given Rights

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12.09.22 | Rossana Caponetto |
|---|---|
| Dated | Plaintiff's Signature |

| Rossana | | Caponetto |
|---|---|---|
| First Name | Middle Initial | Last Name |

251 W 92nd Street Apt. 2B
Street Address

| New York, | NY | 10025 |
|---|---|---|
| County, City | State | Zip Code |

| 212 874 7053 | divinejustice212@protonmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

1

2                              **UNITED STATES DISTRICT COURT**

3                              **SOUTHERN DISTRICT OF NEW YORK**

4

5
    ROSSANA CAPONETTO,                          :    Case No.
6
                 Plaintiff,                      :
7                                                    **NOTICE OF MOTION AND MOTION TO**
                 vs.                             :   **VACATE JUDGMENT FOR FRAUD UPON THE**
8                                                    **COURT FEDERAL RULE OF CIVIL**
    LARRY MULLEN, ANN ACHESON, and RZO          :   **PROCEDURE 60(d)(3);**
9                                                    **DEPRIVATION OF RIGHTS UNDER THE**
    PRODUCTIONS LLC.                             :   **COLOR OF LAW: Title 18, U.S.C., Section 242;**
10                                                   **CONSPIRACY AGAINST RIGHTS Title 18**
                 Defendants.                     :   **U.S.C. Section 241**
11                                                   **MEMORANDUM OF POINTS AND**
                                                 :   **AUTHORITIES;**
12                                                   **DECLARATION OF ROSSANA CAPONETTO**
                                                 :
13                                                   **EXHIBITS**
                                                 :   **CONCLUSION - PRAYER FOR RELIEF**
14

15

16

17

18  PLEASE TAKE NOTICE that on December 8, 2022 in the Courtroom of the above-entitled Court

19  located at Foley Square 40, New York, NY Plaintiff Rossana Caponetto respectfully moves this Court

20
    under *Federal Rule of Civil Procedure* 60(d)(3) for an order vacating the judgment entered against
21
22  her on June 28, 2022 issued by Judge Sherri L. Eisenpress of the Supreme Court of Rockland County,

23  NY - Index No. 032137/2020 on the grounds that said judgment was procured through Fraud upon

24
    the Court in that her former lawyer, Hendrick Vandamme, intentionally filed fraudulent documents
25
26  preventing his client from presenting her case to the court; the defendants' lawyers Paul Galligan,

27  Laurie Almon and Veronica Vitarelli willfully submitted fraudulent and fabricated documents and

28

                                              – 1 –

1   concealed evidence during discovery as more fully set forth in the Memorandum of Points and

2   declaration of Rossana Caponetto and Exhibits attached thereto.

3   This motion is made pursuant to Federal Rule of Civil Procedure 60 (d)(3) and shall be based upon

4   
5   this Notice, the attached Memorandum of Points and Authorities, the declaration of Rossana

6   Caponetto and Exhibits attached thereto, the complete files and records of this action and such other

7   and further oral and documentary evidence as may be presented at the hearing of this motion.

8   
9   
10  Dated 12.09. 2022

11                                          Rossana Caponetto, in propria personam

12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

- 2 -

**MEMORANDUM OF POINTS AND AUTHORITIES:**

**I.**

**STATEMENT OF FACTS**

Plaintiff filed suit against Defendants Larry Mullen, Ann Acheson and RZO PRODUCTIONS LLC on 06/08/2020 for wrongful termination, discrimination, retaliation, toxic environment, intentional infliction of emotional distress and negligent hiring and supervision. See Plaintiff complaint on file Index # 032137/2020: Judgement was entered against Plaintiff on 06/28/2022. Plaintiff contends that said judgement was procured through Fraud upon the Court in that:

- 1) her former lawyer Hendrick Vandamme, an officer of the court, in his "Affirmation in opposition to the defendants' motion for Summary Judgement" - see court doc. 66.6 dated 02/16/22 - intentionally filed false statements as he withdrew - without Plaintiff's knowledge and consent - the 3 main causes of actions of her summons and verified complaint vitiating the entire proceeding: the 5th clause for negligent hiring and supervision, the 6th clause of action for breach of covenant for good faith and the 7th cause of action for intentional and negligent infliction of emotional distress. He withdrew critical material evidence from being admitted on Plaintiff's behalf, he denied the true facts and evidence in his possession related to the core of this litigation preventing Plaintiff Rossana Caponetto to present her case to the court, in complete violation of his ethical principle of legal and moral duty of honesty towards the court, besides his own client. Mr. Vandamme's conduct harmed the integrity and honesty of the judicial process defrauding the court as he engaged in non disclosure of key material facts and evidence vitiating the entire proceeding in that:

- a) he omitted to disclose critical evidence to the court during discovery: Plaintiff's records of her 10 medical providers (including an emergency room visit and a diagnosis of PTSD and Major depression) proving her claims of emotional and physical damage and intentional infliction of pain and suffering.

- b) he omitted to submit the evidence provided by Plaintiff about a very serious incident during her employment when her life was threatened with a baseball bat by a co-worker. This incident is addresses in the depositions of the Plaintiff Rossana Caponetto, of the defendant Mr. Mullen and the witness and former co-worker Fabrice Mesnier but it has been willfully suppressed by the lawyers of both sides.

- c) he did not request any additional records from the defendants during discovery in spite of Plaintiff's numerous requests and leads (text messages, additional emails, employment records).

- d) he only deposed Mr. Mullen - 1 of the 3 defendants - and witness Mr. Mesnier, Plaintiff's former co-worker, Human Resource and Property Manager. These two depositions have been submitted to court and e-filed without being signed nor notarized (doc. 70 and 71 from court's website list of documents).

- e) he did not depose the second defendant Ann Acheson.

- f) he did not depose any representative from the third defendant: RZO Productions LLC.

- g) he never deposed Plaintiff 's former co worker Martha Sanchez who threatened Plaintiff's life with a baseball bat.

- h) he never deposed his key witness Kelly Ebbels LCSW (NYS#092791), the therapist working with Dr. Charles E. Robins, STD, PhD (NYS#006741-1) that Plaintiff Rossana Caponetto was

under the care of for one year and one month and was referred by her lawyer Mr. Vandamme

himself and whose diagnosis of PTSD and Major Depression was never submitted to court.

- i) he never deposed Dr. Charles Robins, the head of the psychology clinic working with therapist

Kelly Ebbels -Plaintiff's therapist- who was deposed by the defendants' lawyers only and whose

full deposition has never been submitted to court by either side lawyers, but only an excerpt. Dr.

Robins' full deposition - signed and notarized - has not been submitted to court. Mr. Vandamme,

together with the three defendants' lawyers and Dr. Robins, denied to provide a copy of Dr. Robins

deposition's transcript to Plaintiff in spite of her numerous requests to this day.  He did not cross

examine Dr. Robins nor Plaintiff's after her seven hour deposition. He fabricated a fraudulent

"supplemental response to interrogatories" with his own notary stamp -not signed by him but only

by Plaintiff - with Dr. Robins psychotherapy information that he never submitted to court.

**EXHIBIT 1 - emails requesting deposition's transcript - email fake supplemental response**

- l) he never deposed the first therapist Glenys Almanzar who assessed the Plaintiff in her first

session and administered all the initial tests, including the Rorschach test.

- m) he willfully suppressed exposing the doctored exhibits submitted to the court by the defendants'

lawyers Paul Galligan, Laurie Almon and Victoria Vitarelli when they filed doc. 53 exhibit F. dated

01/18/22 in spite of Plaintiff's will: blurred text messages damaging Plaintiff's reputation dated

when she was not even employed there.

- n) he self notarized all court documents with his own notary stamp: see court website doc. 30 "note

of issue", doc. 38 exhibit G used by the defendants, doc. 48 "errata sheet", doc. 76 pages 16 and 17

"notice of appeal".

- o) he did not comply - together with the three defendant's lawyers Paul Galligan, Laurie Almon and Victoria Vitarelli- to the judge's compliance order dated June 1, 2021 <u>doc.18</u> from the court's website that states "all examination before trial should be completed before Aug 21, 2021" as the 2 depositions filed on the court website (doc. 70 and 71) of defendant Mr. Mullen and witness Mr. Mesnier were completed on Oct. 15, 2021 and Oct. 20, 2021.

- p) he willfully omitted to e-file the affidavit of service and affirmation of service of RZO PRODUCTIONS LLC - one of the 3 defendants. He only submitted the affidavits of service for Mr. Mullen and Mrs Acheson, <u>doc.2 and doc.4</u>  which are doctored as the QR code does not open the actual documents. The affidavit of service of Ann Acheson is willfully e-filed twice: <u>doc. 5</u> is the same as <u>doc.2</u> and these document numbers are overlapping.

- q) he kept hidden from Plaintiff Rossana Caponetto the whole RZO PRODUCTIONS LLC litigation from the very beginning with the vague explanation that "nobody appeared in its behalf and they were not needed" while in reality the issue was joined on 11/09/2020 but he never informed Plaintiff - <u>see doc. 30</u> "Note of issue" - **EXHIBIT 2- RZO not needed email dated 10/30/22**

- r) he willfully omitted to address and concealed the evidence about Mr. Mullen's and RZO PRODUCTIONS's IRS issue connected to Plaintiff's paycheck address by omitting to publish pages 93-94 of Mr. Mesnier's deposition, court <u>doc. 70</u> (the court website states instead that it is because of a social security number). He willingly suppressed this critical material evidence because Plaintiff's paycheck address doesn't match the unemployment records address submitted to the court by the defendants' lawyer. Mr. Mesnier lied under oath - page 95 - to support this fabricated evidence. **EXHIBIT 3 - pages 93-94 - email public records U2 not resident of Ireland**

- s) he willfully submitted fraudulent statements using Plaintiff's name without her knowledge and consent in his "counter statement of material facts in opposition to Defendants' motion for summary judgement" on doc. 68: Vandamme intentionally filed these 2 false statements only to benefit the 3 defendants :

- point 2: " Mullen is married to Acheson" (Mullen Dep.11:11-14)

- Response: "Plaintiff does not dispute the statement"

- Plaintiff does dispute this statement, until January 2020 when she was working for Mr. Mullen and Mrs Acheson, she was told they were not married, so if they got married after January 2020 Plaintiff would not know.

- Point 3 "Mullen is primarily located in Ireland" (Dep. 16:22-23)

- Response: "Plaintiff does not dispute the statement"

- Plaintiff does dispute this statement as well: from her experience working for Mr. Mullen, he is not primarily located in Ireland, he lives between Dublin, the south of France and NY but he is not primarily located in Ireland: it is public knowledge in Europe that his U2 band does not pay taxes in their homeland. Vandamme used Plaintiff's lawsuit to have on public record fabricated statements that only benefit Mr. Mullen, Mrs. Acheson and RZO PRODUCTIONS LLC. for tax purposes and has nothing to do with Plaintiff's litigation for a simple wrongful termination case.

- t) he omitted to list RZO PRODUCTIONS LLC. as one of the 3 defendants from the notice of appeal submitted to court, doc.76 , form " Informational Statement (Pursuant to 22 NYCRR 1250.3 [a]) - Civil under Party" but did not forget to list RZO PRODUCTIONS LLC. as a defendant in his Request for Judicial Intervention, doc. 11 . He filed the notice of appeal, doc.76 with the wrong Appellate Division: First Department instead of Second.

- u) he submitted contradicting information defrauding the court about Mr. Mullen's marital status on his "notice of appeal" doc. 76: under the Informational Statement section, he lists Mullen and Acheson as separate defendants instead of married contradicting his own statement made on doc. 68, "point 2: Mullen is married to Acheson. (Mullen Deposition 11:11-14)", besides the statement made by Paul Galligan, Laurie Almon and Victoria Vitarelli on doc.45 "point 2: Mullen is married to Acheson. (Mullen Deposition 11:11-14)" and Judge Eisenpress' statement in her "decision and order" filed on 06/30/22 doc.74 page 1, that "Mullen is married to Acheson".  Laurence Mullen himself testified under oath during his deposition that he is married to Ann Acheson, see doc.71 Mullen Deposition 11:11-14.


- 2) the 3 defendants' lawyers from Seyfarth Shaw LLC. Paul Galligan, Laurie Almon and Victoria Vitarelli prevented Plaintiff to present her case to the court as they concealed, omitted and fabricated evidence engaging in Fraud Upon the Court in that:


- a) they willfully omitted to request and submit the 10 medical provider records Plaintiff signed HIPPAA authorizations for. These 3 officers of the court never submitted the Plaintiff's diagnosis of PTSD and Major depression they received from Dr. Robins on 10/22/2021 before they deposed him on November 15 and 18, 2021.  **EXHIBIT 4 diagnosis -** The court website doc. 69 at the end of the Plaintiff deposition states: many documents are missing (page 248), these 3 lawyers did not attach any medical records of Plaintiff Rossana Caponetto.
- b) they never deposed Plaintiff's therapist Kelly Ebbels who was treating Plaintiff for 1 year and 1 month on a weekly basis for Major Depression and PTSD.   Mr.Vandamme and Mrs Ebbels actually

told Plaintiff they did depose Ebbels but Plaintiff discovered on 10/25/2022 - by checking with the

transcript company Veritext - that Mrs. Ebbels was actually never deposed. The three defendants'

lawyers Paul Galligan, Laurie Almon and Victoria Vitarelli, with the Plaintiff's lawyers Hendrick

(and his wife Hollis Deleonardo Vandamme) together with therapist Kelly Ebbels and Dr. Robins

worked in concert lying to Plaintiff: they engaged in collusion defrauding the court by preventing

Plaintiff to present her case for due process.  **EXHIBIT 5  email from Veritext + text message**

**from Ebbels**

- c) they never submitted to court the full deposition of Dr. Robins but just a brief fraudulent excerpt:

they fabricated this evidence by submitting into the Court Record this Expert's deposition as a

Fiduciary using his authoritative opinion as an experienced psychologist to actually discredit

Plaintiff's credibility.  By doing so they engaged in Extrinsic Fraud because the excerpt these three

Seyfarth Shaw lawyers Paul Galligan, Laurie Almon and Victoria Vitarelli  submitted to court is

completely fraudulent (doc. 36 exhibit E) as Dr. Robins did not administer to Plaintiff the Roschach

test as he states there but one of his therapist did, Mrs. Glenys Almanzar. Dr. Robins lied under oath

compromising the honesty of the judicial system fabricating a false record. All parties involved,

working in concert, engaged in material misrepresentation, following a premeditated scheme with

the intent to subvert the truth and by which the integrity of the judicial process has been completely

compromised. An email dated 11/08/21 where all parties involved discuss how to prepare Dr.

Robins before his deposition shows undeniable collusion between the lawyers of both sides and Dr.

Robins together with his three team members Miranda Tillman, Glenys Almanzar and Felicia

Jettoo, the director of patient care who sent the email to everybody. **EXHIBIT 6 - emails with all**

**parties involved before Dr. Robins deposition where they are "preparing the Doctor"**

- d) they deposed Plaintiff Rossana Caponetto and witness Dr. Robins only and neither depositions are signed nor notarized. They did not cross examine Defendant Mr. Mullen, nor Mr. Mesnier the former co-worker HR/Estate Manager nor did they depose Mrs Sanchez the former co-worker who threatened Plaintiff's life with a baseball bat.

- e) they willfully fabricated fraudulent records, see doc. 53 exhibit F, by submitting blurred photocopies of text messages against Plaintiff, dated before and after she was working there just to discredit her: ad hominem attacks.

- f) the 3 defendants' lawyers from Seyfarth Shaw LLC. Paul Galligan, Laurie Almon and Victoria Vitarelli willfully fabricated fraudulent records, in particular the Unemployment Insurance documents See doc.70 pages 211 to 230 and submitted them to court only to cover up the "IRS issue" connected to Plaintiff's paycheck that is under Laurence Mullen's name but with RZO PRODUCTIONS LLC address, this issue is connected to Mr. Mullen as a member of the rock band U2 and RZO PRODUCTIONS LLC, their management and touring company in the USA. This fraudulent Unemployment Insurance record they submitted to court does not match the address of Plaintiff's paycheck and does not match the address of the social security office employment records either. This fraudulent U.I. record shows the address as "Laurence Mullen 250 W 57th Street suite 1101 NY, NY 10107" instead of "Laurence Mullen 250 W 57th Street 23rd floor NY, NY 10107. This suite number 1101 belongs to another of the many RZO companies called Mouseface LLC but has nothing to do with Laurence Mullen as Plaintiff's former employer whose paycheck was paid through RZO PRODUCTIONS LLC the company that manages his band U2 that occupies the whole 23rd floor. This record is full of incorrect information about the Plaintiff, like wrong employment dates, wrong base period calculation, not matching deposit dates, even a

request for voter registration never submitted by Plaintiff who is not a registered voter, the

application for unemployment record even asks if the claimant lost her job because of COVID 19

when she actually filed for unemployment on 02/10/2020 before the health emergency was even

declared in the USA. Plaintiff already reported this fraud to the U.S. Department of Labor Office of

Inspector General - Hotline Portal - and to the Department of Taxation and Finance on 11/08/2022

confirmation number RTEV1108202232393. **EXHIBIT 7: paycheck address, social security**

**records address, not matching UI address, other fake records.**

- g) they submitted fraudulent and contradicting information to court about Mr. Mullen and Mrs

Acheson's residency: Laurie Almon on <u>doc. 8</u> in her "defendants' answer to plaintiff complaint"

states on answer 4 that "Mr. Mullen and Mrs Acheson are resident of Ireland", when Paul Galligan

states in his "defendants' statement of material facts" <u>doc. 45</u> page 2 point 3 that "Mullen is

primarily located in Ireland". Galligan, Almon and Vitarelli - working in concert with Plaintiff's

former lawyer Vandamme - used Plaintiff's lawsuit to have on public record fraudulent information

that only benefits Mr. Mullen, Mrs Acheson and RZO PRODUCTIONS LLC. for taxation purposes

and has nothing to do with Plaintiff's litigation for a simple wrongful termination case.


-3) <u>RZO PRODUCTIONS LLC</u> - 250 W 57th street <u>23rd floor</u> NY, NY 10107 - Their records are

completely missing from the court's website and have been willfully hidden from Plaintiff Rossana

Caponetto by the lawyers of both sides while the issue was joined on 11/09/2020 without her

knowledge.(see <u>doc.11</u> RJI and <u>doc.30</u> "note of issue").

RZO's lawyers never deposed the Plaintiff and Plaintiff's lawyer Vandamme never deposed any

representative from RZO Productions LLC, the company used by Laurence/Larry Mullen to pay

Plaintiff's salary. This part of the litigation is completely missing from the court's documents list: no discovery, no correspondence, no records, no documents have been submitted to court online by the lawyers of either side. This part of the litigation has been kept secret from Plaintiff and from the public to this day.  Over two months after terminating her former lawyer Vandamme, Plaintiff has still not received any record about RZO PRODUCTIONS even after specifically requesting them, except for the affidavit of service Vandamme never e-filed and finally sent to Plaintiff on 11/21/2022.

**EXHIBIT 8 - RZO AFFIDAVIT ATTACHED TO VANDAMME EMAIL**

Hendrick Vandamme, Plaintiff's former lawyer together with the defendants' lawyers Galligan, Almon, Vitarelli, all working in concert, hid the RZO PRODUCTIONS LLC entire litigation from her, vitiating the whole proceeding and preventing her once again from presenting her case to the court denying her due process, explicitly denying her Civil, Constitutional and God given Rights. RZO PRODUCTIONS LLC. records seem not to even exist: Mr. William Zysblat, owner and founder of the company has been hiding in plain sight. If this record does exist and was sealed, it has been done without Plaintiff's knowledge and consent.  Defendants' lawyers tried already to have Plaintiff sign a "Confidentiality stipulation and protective order" for Mr. Mullen and Mrs Acheson on 06/11/2021 but she denied her consent. **EXHIBIT 9 Seyfarth Paul Hugo Galligan letter to Judge for Protective order**

This unwarranted secrecy in the court system undermines the public's faith in civil justice: by keeping the whole RZO PRODUCTIONS LLC. litigation secret, all officers of the court involved perverted the system and allowed a public forum to become a tool for keeping wrongdoing secrets, with the intent to subvert the truth and compromising the court function as a neutral arbiter of justice

1  (Erwin Chemerinsky, CONSTITUTIONAL LAW PRINCIPLE AND POLICIES 11.6.3, 4th edition

2  2011).

3

4

5  - 4) Judge Sherri Eisenpress in her " decision and order" filed on 06/30/2022 doc.74 from the court

6  website, granted the Summary Judgement to the defendants stating on page 3, 3rd paragraph that

7  "Plaintiff does not show she ever served RZO PRODUCTIONS LLC".  But RZO PRODUCTIONS

8  LLC. was actually served: it is listed in the Request for Judicial Intervention, doc.11 of the court's

9  website as the 3rd defendant and on the same document it is listed as "date issue joined in

10  11/09/20". Also in the "note of issue" doc. 30 RZO is listed as "joined issue on 11/09/20". If you do

11  a separate research on the NY State court website for RZO they appear in 2 lawsuits, the first one

12  listed is this one, index # 032137/2020. RZO also appear in the NYSCEF confirmation notice list of

13  the emails notifications to all parties involved. Plaintiff already reported this anomaly to the Judicial

14  committee - **EXHIBIT 10 - RZO served + Judicial committee letter**

## II.

## LEGAL ARGUMENT

This court has the legal power to vacate the judgement that was entered against Plaintiff Rossana Caponetto for Fraud upon the Court.  Federal Rule of Civil Procedure 60 (d)(3) states that nothing in "Rule 60" limits a court's power to dismiss a judgement for Fraud upon the Court. Plaintiff contends that all these officers of the court listed above, committed Fraud Upon the Court by using the court to further their fraudulent scheme by improperly influencing the impartial nature of the Court. The Court proved not to be able to perform its function as a neutral arbiter of justice, the conduct of all the officers of the court involved denied due process to Plaintiff Rossana Caponetto vitiating the entire proceeding and explicitly denying her Civil, Constitutional and God given rights, compromising the impartial nature of the Court attacking the honesty, integrity and neutrality of the judicial machinery. **This is a clear and egregious example of Fraud Upon the Court *Federal Rule of Civil Procedure 60(d)(3)* together with Deprivation of Rights Under Color of Law: Title 18, U.S.C., Section 242 and Conspiracy against Rights Title 18 U.S.C. Section 241 :**

all these officers of the court engaged in Fraud upon the Court, Deprivation of Rights under the color of Law and Conspiracy against Rights denying Plaintiff Rossana Caponetto of her Civil, Constitutional and God given rights, privileges or immunities secured or protected by the Constitution and laws of the U.S.A. . They all acted beyond the bounds of their lawful authorities while pretending to act in the performance of their official duties, acting instead in a private interest capacity tainting the proceeding by fraud.

All the above mentioned officers, by subjecting Plaintiff Rossana Caponetto, citizen of the United States of America, to the Deprivation of her Rights under the color of Law, shall be liable to such

party injured in this action of law. Plaintiff already reported all these officers of the court to the

Department of Justice for Deprivation of Rights under the color of Law Title 18, U.S.C., Section 242,

(records # 222323-LFK, #222317-CHL, #222308-GVQ, #222454-SRS); the five lawyers to the

grievance committee for the unethical behavior (Hendrick Vandamme, Hollis Deleonardo Vandamme,

Paul Galligan, Laurie Almon and Victoria Vitarelli); Judge Eisenpress to the judicial committee;

Doctor Robins and therapist Kelly Ebbels to the Office of Professional discipline. - **EXHIBIT 11**

**unethical behavior reports.**


See the Declaration of Rossana Caponetto and Exhibits attached thereto filed and served concurrently

and incorporated herein by reference.

**DECLARATION OF ROSSANA CAPONETTO**

I, Rossana Caponetto, a sovereign human being, declare as follows:

1. I am over the age of 18 years and I am a party of this action. I have personal knowledge of the facts stated in this declaration and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. I make this declaration in support to my motion to vacate the judgement entered on 06/28/2022 on the grounds that said judgement was procured through Fraud Upon the Court.

3. I would like to add, for your Honor to fully understand what makes my case not only an egregious one of Fraud Upon the Court but also a very unique one, that since terminating my former lawyer Mr. Vandamme's legal services on 09/26/2022, after clicking the link he sent me with the files of the court case, I have been severely hacked both in my computers and cell phone. My case seems to be very important to some very powerful people who fear the information in my possession to do something like this to a humble former Personal Assistant and Estate Manager. The hacking has been so severe that I could not receive phone calls nor text messages as they were both diverted to a number unknown to me +16313323275 (already reported to the police) and I could not even open many files and folders of my own computer. My computer has been "rooted", this is the technical term: it has been taken over by outside administrators. I went to the police on 10/10/22 to report this issue so you can check this report with the 24th precinct of Manhattan, I also reported this whole situation to the FBI and IRS as this is a cybercrime, as the NYPD instructed me to do. **SEE EHXBIT 12 NYPD and FBI Reports.** I am still dealing with this hacking problem to this day and I have been forced to cancel my cell phone, close my bank account, cancel all my credit cards and

all other online accounts as my privacy has been completely destroyed. I can't talk to my friends and family as I used to and many people are worried about me as I was forced to isolate myself because I don't want anybody to be in danger as they are tracking the cell phones of some of my closest friends as well. Many files of when I was working for Mr. Mullen have been corrupted in my computer and the only email with RZO regarding my paycheck disappeared from my personal email.

The level of shock and trauma I have been going through, that started with the horrible experience of working for Mr. Mullen in 2019, continued with the emotional rollercoaster of this "pseudo" lawsuit for almost 3 years where all parties involved tried very hard to break my Soul, now peaked with my realization of having been the easy target of such a complex scheme of so many "professionals". I can't even put into words what I am feeling and what I am going through, the level of shock, betrayal and the fear of being involved with such high level criminals is unthinkable for a simple person like me coming from a small Italian town. Since September 2022 when I understood this whole fraud against me I have been sleeping 3/4 hours per night , not eating much and to this day I can't even feel my legs, when I lay down by lower body feels completely numb. You would expect to experience such level of corruption and emotional trauma if targeted by criminals, not by unconscionable professionals, even less by officers of the Court with no morals, no ethics and no conscience. The physical and emotional response is extremely traumatic for anybody who is targeted to such a personal level by this kind of criminal activity, corruption, injustice and lack of humanity: it's like being an innocent prey cornered by a pack of hungry lions, ready to be killed. I feel emotionally raped, mentally tortured and physically exhausted with the additional unbearable stress that I had to take over my own case to defend myself as I can't afford a lawyer. I feel like I had to become my

- 17 -

own surgeon and learn in seconds how to operate on myself without anesthesia or I am going to be left alone to die.

In spite of my horrible experience so far, as an Italian born citizen, I would really like to express my admiration and appreciation for the American Judicial system's transparency, if it wasn't for all the court's records being public I would never have understood the huge fraud being perpetrated against me.

Everybody tells me the Judicial system is hopelessly corrupt but I do not believe it. I do believe in you, your Honor, to recognize the truth I presented so far and being now a conscious and impartial arbiter of Justice by upholding your oath to the Constitution.

1
2
3
4
5

**III.**

6

**CONCLUSION AND PRAYER FOR RELIEF FOR THE CIVIL RIGHTS VIOLATIONS:**

7
8
9

**1)** *Federal Rule of Civil Procedure* **60(d)(3) - Fraud upon the Court**

10

**2) Conspiracy against Rights - Title 18, U.S.C. Section 241**

11

**3) Deprivation of Rights under the color of Law - Title 18. U.S.C. Section 242**

12
13
14

Based on the above Civil Rights violations and given the magnitude of this case, Plaintiff Rossana

15

Caponetto respectfully requests your Honor:

16
17

- to close this case ruling in her favor as this Fraud upon the Court is evidence in itself that all her

18
19

claims against Mr. Mullen, Mrs Acheson and RZO Productions LLC are true and legitimate and to

20

grant her the full $10,000,000 dollars initially requested, or as your Honor deems fair and

21

appropriate

22
23
24

- to revoke for good the licenses from all the officers of the court involved in this case, so they won't

25

be able to defraud the United States of America Court system anymore nor any other human being,

26
27

awarding Plaintiff a compensation as your Honor deems fair and appropriate for willful infliction of

28

- 19 -

emotional and physical pain, shock, trauma and mental anguish caused by their denying Plaintiff of

her Civil, Constitutional and God given Rights.

- to revoke for good the medical license of Dr. Robins and Mrs. Ebbels so they won't be able to

defraud the United States of America court system anymore nor any other human being and

awarding Plaintiff a compensation as your Honor deems fair and appropriate for willful infliction of

emotional and physical pain, shock, trauma and mental anguish caused by them, together with the

other staff members involved: Miranda Tillman, Glenys Almanzar and Felicia Jettoo for denying

Plaintiff her Civil, Constitutional and God given rights.

- to order the hackers and whoever hired them, to stop this 24 hour harassment

- to hold accountable to the full extent of the applicable laws, every single officer of the court for

engaging in Fraud upon the Court , Deprivation of Rights under the color of Law and for engaging

in Conspiracy against Rights awarding Plaintiff a compensation for every single person involved as

your Honor deems fair and appropriate.

- to hold accountable Mr. Mullen, Mrs. Acheson and RZO Productions LLC in the person of its

owner and founder William Zysblat to the full extent of the applicable laws because this "Fraud

upon the Court" - solely at Plaintiff's expenses - has been perpetrated only to cover up obviously

very sensitive tax information concerning RZO PRODUCTIONS LLC. in connection with Larry

Mullen as a U2 band member, randomly uncovered by Plaintiff's paycheck when she was employed

by Mr. Mullen. Plaintiff is seeking for damages from Mr. Mullen, Mrs. Acheson and RZO

PRODUCTIONS LLC. in the person of William Zysblat in the amount of $ 90.000.000,00 for the

willful infliction of emotional and physical pain, mental anguish, shock and trauma and for denying

Plaintiff's Civil, Constitutional and God given rights or what your Honor deems fair and

appropriate. Mr. Mullen, Mrs. Acheson and Mr. Zysblat must take responsibility for their actions,

the crime they committed against Plaintiff is heinous: a human being without rights is a slave.

I declare under penalty of perjury under the laws of the United States of America and the State of

New York that the foregoing is true and correct and that this Declaration was executed on December

8, 2022.

Dated December 9, 2022

Rossana Caponetto, in propria personam

Rossana Caponetto
251 W 92nd Street Apt 2B
NY, NY 10025
divinejustice212@protonmail.com
IN PROPRIA PERSONAM

- 21 -

# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
------------------------------------------------------------------------X

ROSSANA CAPONETTO                                    Index No.: 032137/2020
             Plaintiff,

                        SEE PAGE 3                 **SUPPLEMENTAL
           -against-                                 RESPONSE TO
                     OWN NOTARY                DEFENDANTS'
                                                INTERROGATORIES 5,
                                                11, 16, 17, 19, 20, and 21**

LARRY MULLEN, ANN ACHESON, and
RZO PRODUCTIONS, INC.,

                      Defendants.
------------------------------------------------------------------------X

       PLEASE TAKE NOTICE, that plaintiff hereby provides the following supplemental

response to interrogatories 5, 11, 16, 17, 19, 20 and 21.

5.      Plaintiff, an Italian immigrant, was singled since she never received a credit card and was

       never provided a reference letter following her termination unlike other employees of the

       Defendants.

11.     Plaintiff also received psychotherapy at Dr. Robbins' office. A HIPAA was previously

       provided.

16.     Plaintiff provided copies of job searches under separate cover.

17.     Plaintiff provided copies of job searches under separate cover.

19.     Plaintiff relied on the documents previously exchanged in this matter and her personal

       recollection of the events.

20.     Plaintiff relied on the documents previously exchanged in this matter and her personal

       recollection of the events.

21.     Plaintiff previously objected to this interrogatory on the ground of attorney/client

       privilege and reiterates the same objection.

Dated:  New York, New York
        November 18, 2021

Yours, etc.,

VANDAMME LAW FIRM, P.C.

/s/_____
Hendrick Vandamme, Esq.
Attorneys for Plaintiff
46 Trinity Place – 3rd Floor
New York, New York 10006
(212) 641-0613
(212) 851-6916

## VERIFICATION

I, ROSSAÑA CAPONETTO, hereby verifies the supplemental response to defendants' interrogatories.

ROSSAÑA CAPONETTO

HENDRICK VANDAMME
NOTARY PUBLIC-STATE OF NEW YORK
No. 02VA62
Qualified in New York County
My Commission Expires

Index No. 032137/2020
SUPREME COURT OF THE STATE OF NEW YORK - COUNTY OF ROCKLAND

ROSSANA CAPONETTO,

Plaintiff,

-against-

LARRY MULLEN, ANN ACHESON, and
RZO PRODUCTIONS, INC.,

Defendants.

## VANDAMME LAW FIRM, P.C.
### Attorneys for Plaintiffs
**46 Trinity Place, 3rd Floor**
**New York, New York 10006**
**(212) 641-0613**
**(212) 851-6916**

### SUPPLEMENTAL RESPONSE TO DEFENDANTS' TO INTERROGATORIES 5, 11, 16, 17, 19, 20, and 21

**Pursuant to 22NYCRR 130- 1.1, the undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.**

/s/_____
**HENDRICK VANDAMME, ESQ.**

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of an order duly entered in the office of the clerk of the within-named Court on

☐ NOTICE OF SETTLEMENT
that an order, of which the within is a true copy, will be presented for settlement to the  HON.
                                                    one of the judges of the within-named Court, at
on the        day of          , 20   , at        A.M.

 VANDAMME LAW FIRM, P.C.
ATTORNEYS AT LAW

46 Trinity Place, 3rd Floor
New York, New York 10006
Tel: 212-641-0613
Fax: 212-918-0729

September 27, 2022

By email: roxycapo@hotmail.com and WhatsApp
Rossana Caponetto

Re:   Index Number 032137/2020
ROSSANA CAPONETTO v. LARRY MULLEN et al

Dear Ms. Caponetto:

Please see enclosed a link to the documents contained in our file.

Please note that we have never received the executed deposition transcripts of Dr. Robin or Ms. Ebbel, thus we do not have them in our file. These can be obtained from Veritext Reporting.

Attached please also find our Notice of Charging Lien. Please forward a copy of the notice to your new attorneys. If you would like to resolve the charging lien now, please have your attorney contact me. Our disbursements and expenses are $1,980.67. See attached disbursements list.

Very truly yours,

s/Hendrick Vandamme

Link: https://vandamme-law.sharefile.com/d-s5894b39c1816423e90fb3ce908a7da96

1

**ATT. DR. ROBINS *Deposition transcript for R. Caponetto***

Roxy Caponetto <roxycapo@hotmail.com>
Tue 20-Sep-22 1:10 PM
To: Medical Records <medicalrecords@robinspsych.com>

Dear Dr. Robins,

can you please send me a copy of your 2 different day deposition transcripts plus the one of Mrs. Ebbels? My lawyer Hendrick Vandamme never sent it to me to this day even after asking many times.

  **I am really concerned as your depositions have never been submitted to court to this day and all claims of emotional damage caused by my wrongful termination case <u>withdrawn without my consent nor knowledge by my lawyer</u>.** I just found this out only by reading the public records on the court website.

When he was supposed to submit those records he did it right before midnight of the deadline date day without giving me a chance to review everything as he did in the past. This created a extreme anxiety to my already sleepless nights and mental fog. As you probably know from my records I even developed this weird condition after this happened, known as "phantom/ghost smell" I talked about it with Kelly different times.
 I was totally broken and as Kelly suggested, I did not look at the documents online after he submitted them as I had extreme physical reactions of vomiting and shaking and it was done at that point. Now, after many other abnormal behaviors of my lawyer I double checked all courts documents and found this out: no medical records at all and all emotional damage claims withdrawn!
**I am in total SHOCK right now.**

I find all of this really scary, I even shared with my lawyer  some of the most significant emails I exchanged my Dr. Ebbels to be used as exhibits to be added to both your depositions and he withdrew my claims instead WITHOUT MY KNOWLEDGE NOR CONSENT. I can't help but question his work ethics at this point.
Please let me know about the transcript ASAP.
If you have any questions please feel free to call me.

Thank you!
Roxy

Kelly —- Screenshot 2022-09-27 at 1.24.46 PM

**Roxy Caponetto <roxycapo@hotmail.com>**
Tue 27-Sep-22 1:25 PM
To: Roxy Caponetto <roxycapo@hotmail.com>



.ıll AT&T 📶                    **1:24 PM**                    78% 🔋

‹

**Kelly Ebbels ›**

Text Message
Tue, Sep 20, 12:33 PM

> Hi Kelly do you have a copy of your deposition? Can you please call me when you have a minute? Thank you Roxy

Wednesday 9:53 AM

Hi Roxy, I do not. I would

# call the front desk for any records requests

## 212-586-3773

Thank you Kelly

  Text Message 

# EXHIBIT 2



**VANDAMME LAW FIRM, P.C.**
ATTORNEYS AT LAW

46 Trinity Place, 3rd Floor
New York, New York 10006
Tel:212-641-0613/212-851-6916
Fax: 212-918-0729

---

October 30, 2022

Email: roxycapo@hotmail.com and WhatsApp
Rosanna Caponetto
251 West 92nd Street, 2B
New York, New York 10015

        Re:    Index Number: 032137/2020

Dear Ms. Caponetto:

      In response to your email, we reiterate that we do not have copies of Dr. Robins' and Mrs. Ebbels' depositions. Those copies can be obtained from Veritext Reporting by calling 800-727-6396. Dr. Robins' and Ms. Ebbels' depositions would only be relevant on the issue of damages if the case proceeded to a trial. Since they had no personal knowledge of the events that occurred while you were employed by Mr. Mullen, their depositions are hearsay and could not support any claims on the liability aspect of the case.

      Also, there was only one deposition of Mr. Mesnier and one deposition of Mr. Mullen in this case. We provided you with copies of both of their transcripts.

      Finally, regarding RZO Productions, please note that on one appeared on its behalf during the course of the litigation. While there initially appeared to be a good faith basis to include RZO Productions in the complaint as the US agent for Mr. Mullen, they were not needed in the case once Mr. Mullen and Ms. Acheson appeared in the case.

                Very truly yours,

                s/Hendrick Vandamme

# EXHIBIT 3

F. Mesnier

93

2 did you call him, did you send an e-mail?
3    A    We would usually call, and he
4 would say, yes, please proceed.
5    Q    Following the termination of
6 Ms. Caponetto, applying for unemployment
7 benefits -- are you aware of that?
8    A    I don't understand the question.
9 If you could, repeat.
10    Q    After the termination or
11 following the termination, Ms. Caponetto
12 applied for unemployment benefits.
13    Are you aware of that?
14    A    No, I am not.  She said she
15 would, but I am not aware that she actually
16 did.
17    Q    If an employee applies for
18 unemployment benefits, what address does the
19 Department of Labor put on file for
20 Mr. Mullen?
21    A    I don't know.
22    Q    Who would know that; Mr. Mullen?
23    A    No.  Our accountants would
24 probably know.
25    Q    Who is the accountant?

LEX REPORTING SERVICE
800-608-6085

F. Mesnier

94

2    A    We have in-house accountants.
3    Q    In Ireland?
4    A    Yes.
5    Q    Are these accountants licensed in
6 the State of New York?
7    A    I would doubt so.
8    Q    Where is Mr. Mullen's primary
9 residence?
10    A    I don't know.
11    Q    You don't know if his primary
12 residence is in Ireland?  You wouldn't know
13 that, correct?
14    A    His practical residence is
15 Ireland most of the time, but I don't know if
16 it's his primary residence.  Again, that's
17 more in the tax department of our
18 accountants, than me being definite about
19 what his actual residence is or is not.
20    Q    How much time does Mr. Mullen
21 spend in Ireland in a given year?
22    A    I don't know.  I don't take notes
23 of those things.
24    Q    How much time do you spend in
25 Ireland in any given year?

LEX REPORTING SERVICE
800-608-6085

F. Mesnier

95

2    A    I wouldn't spend probably, you
3 know, the better part of eighty percent of my
4 time in Ireland.
5    Q    You had mentioned that the house
6 where your office is located is also the
7 residence of Mr. Mullen, correct?
8    A    No, that's not correct.  The
9 house where the office is, is neighboring the
10 main residence of Mr. Mullen.
11    Q    So, it's an adjacent property.
12 The house where your office is located is
13 adjacent to the house of Mr. Mullen?
14    A    It's a neighboring property.
15    Q    So, if you spent eighty percent
16 of your time in Ireland, during this time do
17 you know whether Mr. Mullen is in Ireland,
18 are you aware?
19    A    No, I wouldn't.
20    Q    Do you know Mr. Mullen's
21 immigration status in the United States?
22    A    No, I don't.
23    Q    Presumably, he would know,
24 correct?
25    A    Say it again.

LEX REPORTING SERVICE
800-608-6085

F. Mesnier

96

2    Q    Presumably, he would know,
3 correct?
4    A    Possibly.  I don't know.
5    Q    When you met with Ms. Caponetto
6 in January 2020, you terminated that
7 position, correct?  It was in person?
8    A    In person, absolutely.  Personal
9 meeting.
10    Q    What was the reason that you gave
11 her for her termination?
12    A    That it just didn't work out.
13 That unfortunately, we would have to part
14 ways because it did not work out.
15    Q    Was Ms. Caponetto ever
16 reprimanded for any misconduct during her
17 employment?
18    A    Certainly not in any official
19 capacity in that manner.
20    Q    When you say "not in any official
21 capacity," what about in any capacity?
22    A    Well, I would have to remind her
23 very often the discussion about the
24 difficulty of following instructions.  To
25 remain professional and polite in her

LEX REPORTING SERVICE
800-608-6085

10/21/22, 3:41 PM                                              Mail - Roxy Caponetto - Outlook

## U2 taxes

Roxy Caponetto <roxycapo@hotmail.com>
Thu 10-Jun-21 5:42 PM

To: Hendrick Vandamme <hendrick@vandamme-law.com>

Cc: Hollis Vandamme <hollis@vandamme-law.com>

Hi Hendrick,
as you can see here, they pay taxes in the Netherlands, check these 3 links

## U2 Net Worth

## $1.8 Billion

## https://www.therichest.com/celebnetworth/celeb/rockstars/u2-net-worth/#js-earnings-2020

## https://www.thewrap.com/bono-u2-blasted-hypocrites-and-sell-outs-1786/

U2 can earn around €5 million a night from its concerts, promoter John Giddings told the BBC last month.

https://www.irishtimes.com/business/media-and-marketing/u2-face-closure-of-loophole-they-used-to-avoid-paying-their-taxes-1.3407927



U2 face closure of loophole they used to avoid paying their taxes - Irish Times

The EU views the Netherlands as a low-tax jurisdiction. The country offers breaks to multi-nationals that set up head offices there. It was the "meat" in the double-Irish Dutch sandwich, a ...

www.irishtimes.com

# EXHIBIT 4

DR. C. EDWARD ROBINS
33 WEST 60TH STREET, SUITE 600
NEW YORK, NY 10023
TEL: (212) 586-3773
(212) 586-4717
FAX (212) 977-1057

## FACSIMILE TRANSMITTAL SHEET

**TO: SEYFARTH SHAW LLP**               **FROM: FRANCISCO SUERO**

**TO: SEYFARTH SHAW LLP**               **DATE: 10/22/2021**

**FAX NUMBER: 212-218-5526**        **TOTAL NO. OF PAGES INCLUDING COVER: 30**

**PHONE NUMBER: 212-218-5500 SENDER'S REFERENCE NUMBER:**

**Re:**                                        **DATE OF HEARING:**
☒ **INVOICE**
☒ **MEDICAL RECORDS**

URGENT ☐FOR REVIEW☐ PLEASE COMMENT☐PLEASE REPLY☐ PLEASE RECYCLE

IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal HIPAA Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender immediately by telephone to arrange the return or destruction of the information and all copies.

DEF000169

**Dr Charles Edward Robins Psychologist, P.C.**
Clinical Psychology & Neuropsychology
33 West 60th Street, Ste. 600
New York, NY 10023
Tel (212) 586-3773
Fax (212) 977-1057

**Tax ID#: 27-2373477**

Date: 10/22/2021

Medical Record Request Bill

Patient: ROSSANA CAPONETTO

DOB: 07/08/1963

To Whom It May Concern:

Please forward a check for: $22.50          shipping:          Total: $22.50
**OR** if you would like to pay by credit card*, please call the number above.
*$10.00 minimum for credit card payment.

(X)  30 PAGES | .75 cents per page

We will process your request upon receipt of payment.

Sincerely,

Francisco Suero
Medical Records

10/22/21, 1:15 PM                          MEDENT: On Screen Report - Ledger Card

```
FS 10/22/21  ACCT# 25706      PH#          LEDGER CARD & MAJOR MEDICAL HISTORY   FROM: 00/00/00 TO: 10/22/21    PAGE  1

                            ROSSANA  CAPONETTO                         Dr. C. Edward Robins Psychologist,P.C.
                            310 W 90TH ST APT 2A                       33 West 60th St, Suite 600
                            NEW YORK, NY  10024                        New York, NY 10023-7905
                                                                       (212)-586-3773

                                                     LAST PER PD:    $0.00 on
LAST BIL:              CURRENT       30        60        90     120+  YTD NCHG: $5000.00   INS#  66 = LIEN CASE
_TTL BAL:  $5000.00     600.00    300.00   1200.00    300.00   2600.00  YTD PPAY:   $0.00   Cov: (*None, !Some)
ASIGN'D :  $5000.00     600.00    300.00   1200.00    300.00   2600.00  YTD OPAY:   $0.00   DR #-NAME         I.D. #
COLL (2):     $0.00       0.00      0.00      0.00      0.00      0.00                       84-EBBELS, KELLY
WC/NF(W):     $0.00       0.00      0.00      0.00      0.00      0.00                       1-ROBINS, CHARLE 27-2373477
PERS (*):     $0.00       0.00      0.00      0.00      0.00      0.00

                                                     FEE
RECORD#  FROM/TO DATES   PATIENT   CPT/HCPCS DESC     SCH              L D  I A CLAIM     CHARGES
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
117335A  06/11/21        ROSSANA   PSYCHIATRIC REPORT 90889            1 1  66 Y        $2000.00
117334A  06/17/21        ROSSANA   PSYCHOTHERAPY 45MI 90834            1 84 66 Y         $300.00
117333A  06/24/21        ROSSANA   PSYCHOTHERAPY 45MI 90834            1 84 66 Y         $300.00
117332A  07/01/21        ROSSANA   PSYCHOTHERAPY 45MI 90834            1 84 66 Y         $300.00
117331A  07/29/21        ROSSANA   PSYCHOTHERAPY 45MI 90834            1 84 66 Y         $300.00
117330A  08/05/21        ROSSANA   PSYCHOTHERAPY 45MI 90834            1 84 66 Y         $300.00
117329A  08/12/21        ROSSANA   PSYCHOTHERAPY 45MI 90834            1 84 66 Y         $300.00
117328A  08/19/21        ROSSANA   PSYCHOTHERAPY 45MI 90834            1 84 66 Y         $300.00
117327A  08/26/21        ROSSANA   PSYCHOTHERAPY 45MI 90834            1 84 66 Y         $300.00
127971A  09/23/21        ROSSANA   PSYCHOTHERAPY 45MI 90834            1 84 66 Y         $300.00
132881A  09/30/21        ROSSANA   PSYCHOTHERAPY 45MI 90834            1 84 66 Y         $300.00
....................................................................................................
                                                              GROSS CHARGES:    $5000.00
                                                              TOTAL ADJUSTS:       $0.00
                                                              TOTAL BALANCE:    $5000.00
                                                              VISIT COUNT: 11

SIGNATURE: _____
PLEASE NOTE:  FOLD AT "_" MARKS FOR STANDARD #10 WINDOW ENVELOPE.
              CHARGES ONLY, NO PAYMENT OR ADJUSTMENT INFORMATION.
              THE ABOVE INFORMATION REFLECTS ONE ACCOUNT MEMBER ONLY, `ROSSANA      '
```

DEF000171

*Dr. Charles Edward Robins Psychologist, P.C.*
*Clinical Psychology & Neuropsychology*
*33 West 60th Street, Suite 600*
*New York, NY 10023*
*Tel [212] 586-3773*
*Fax [212] 977-1057*

Hendrick Vandamme, Esq.
Vandamme Law Firm, P.C.
46 Trinity Place
3rd Floor
New York, NY 10006
Fax: 212-918-0729

Dear Mr. Vandamme,

Enclosed please find clinical neuropsychological evaluation of Rossana Caponetto (Pt). This evaluation includes assessment of neurocognitive, behavioral, and psychological factors associated with incident of 08/2019-01/2020 in which Pt experienced trauma.

Thank you for referring this patient to me.

Sincerely,

Charles Edward Robins, STD, PhD (NYS#006741-1), Supervisor

Electronically signed by Charles E. Robins, STD, PhD

June 11, 2021

DEF000172

# CLINICAL NEUROPSYCHOLOGICAL EVALUATION

Pt's Name: Rossana Caponetto                    D.O.T.:  06/11/21
Examiner: C.E. Robins, S.T.D., Ph.D.            D.O.I.: 08/2019-01/2020

## BACKGROUND INFORMATION:

1. Incident Description
    Pt describes being a victim of harassment at work by her HR manager and the housekeeper. Pt reports that they frequently made racial slurs and discriminated against Pt every day for five and a half months. Pt reports that the HR manager and the housekeeper created false rumors about Pt, which caused her to be fired from her job.

2. Symptoms
    Following the incident, Pt reports consequent psychological distress including flashback memories of harassment, exaggerated startle response, avoidance of trauma reminders, anxiety, palpitations, hypervigilance, depression, anhedonia, anger, insomnia, nightmares, worries, and feeling unable to control her worries most days of the week since the incident.

3. Cultural Factors, Marital & Vocational History
    Pt is a 47-year-old Italian female currently living in New York. Pt's marital status is single. Pt reports employment history as a private personal administrative assistant and estate planner and she has been unable to return to work.

**TESTS ADMINISTERED:** (The following tests were selected step-wise based on a combination of Pt's condition, outcomes of previous testing, and clinical indication. Besides confirming differential diagnosis from various points of view, the tests give invaluable information for effective treatment planning.)

1. Rorschach Test
    This test is clinically indicated when there are questions of perceptual accuracy and affective involvement. The Rorschach elicits more non-conscious material than other tests; content and sequence analyses uncover repressed emotions and concerns. Thus, it is more difficult to "fake" depressed responses on the Rorschach than, for example, on a questionnaire. The Rorschach also helps to rule out psychosis indicated by confabulation and contamination responses, and further gives a mapping of right-hemisphere functioning as combined with left-hemisphere

DEF000173

language functioning (Klopfer, Baker, Schachtel, and Blatt methods).

Form level was satisfactory; psychosis is ruled out. Depressive processes were indicated by percentage of whole responses and very long response times. Content of Pt's responses included responses characteristic of PTSD patients (cf. Levin & Reis in *Assessing Psychological Trauma and PTSD,* 2004).

## 2. Thematic Apperception Test

The Thematic Apperception Test is indicated to test for conscious and pre-conscious themes of Pt's motivation, positive and negative expectations, degree of hopefulness, and perceptual accuracy (Cramer method).

Pt's responses include projections of negative expectations about overcoming hardship; moreover, themes of sadness, feeling overwhelmed, low self-esteem, self-doubts, negative self-judgments, and feeling "not good enough" are present.

## 3. Human Figure Drawing Test

The Human Figure Drawing Test is indicated when there are questions of non-verbal cognitive maturity (Goodenough-Harris methods), neuropsychological status, and/or psychopathology (Goodenough-Harris, Kissen, and Robins methods).

Pt performed at low average level in human figure drawing; frontal view of head includes eyes, pupils, eyebrows, nose, mouth, and hair, all drawn in two dimensions. When asked how figure is feeling inside, Pt responded: "Scared and angry." Pt's description corresponds with the actual affective state of dysphoria that emerged on projectives above. As scored on the Goodenough-Harris scale, this drawing puts Pt's cognitive maturity in low average range.

## 4. Beck Depression Inventory

The Beck Depression Inventory is clinically indicated to test for levels of consciously-admitted depression. Various measures, including suicidality, are included in this questionnaire. A score of 29 or more indicates serious clinical depression.

Pt's score of 27 indicates Pt consciously admits to moderate levels of clinical depression. Pt denies any history of suicide attempt or psychiatric hospitalization.

## 5. Clinical Interviews:

Findings from the interviews themselves corroborate the testing hypotheses; moreover, Pt's reaction to stress of incident as reported in interviews emerges as causative factor of present debility.

DEF000174

**DISCUSSION OF TEST RESULTS:**

1. General Neuropsychological Functioning:
    Language Processing, General Visuo-Constructive Functioning, Attention
Focus and Concentration, and Memory Functioning.
    Pt appears to be presently functioning below native endowment range of
cognitive intelligence. Pt's attention, concentration, and memory functioning are all
seen to be severely affected by morbid anxious and depressive processes.

2. Personality Functioning:
    Projective testing indicates underlying anxiety and depression in a
non-psychotic subject. Pt attempts to cover anxieties and fears by use of denial as
defense; however, this defense does not suffice, since Pt's sensorium is troubled by
underlying concerns.

**DIAGNOSTIC IMPRESSION:**

**Axis I:** F33.0 - Major depressive disorder, recurrent, mild, F43.12 - Post-traumatic
stress disorder, chronic
**Axis II:** V71.09 - None
**Axis III:** Not the focus of this report.
**Axis IV:** Psychosocial Stressor Severity Code: 4 Severe
**Axis V:** GAF Code: 50-60 Moderate

**RECOMMENDATIONS:**

    In my opinion the Pt exhibits partial psychological disability. The following
treatment is recommended: Supportive, individual and group, goal-oriented
psychotherapy directed towards shoring up Pt's sense of self, helping Pt to cope
with feelings of helplessness, loss, depression, and fears, as well as underlying rage
about the incident and its stressful sequelae. This should help to support Pt's
present emotional state as well as to help Pt clarify realistic options for the future.
Pt will be monitored in psychotherapy; if indicated, Pt will be referred for
medication for anxiety and/or depression.

    **With a reasonable degree of certainty, Pt's psychological condition is
causally related to the incident that occurred on 08/2019-01/2020.**

    **PROGNOSIS:** Guarded.

DEF000175



Charles Edward Robins, STD, PhD (NYS# 006741-1), Supervisor

Electronically signed by Charles E. Robins, STD, PhD
C.E. Robins, S.T.D., Ph.D. (NYS Lic. 006741-1)

DEF000176

# EXHIBIT  5

From: **Roxy 212** roxy212pa@gmail.com
Subject: Re: Records from Seyfarth Shaw deposition Dr. Robins and Mrs. Ebbels
Date: October 25, 2022 at 3:36 PM
To: cs-ny@veritext.com



Thank you so much June.
I already talked to your co worker few minutes ago and I would like to request a copy of Dr.
Robins Deposition please.
Thank you for confirming you do not have Kelly Ebbels deposition, I already checked with Lex
and they don't have it either.
It would have been made by Veritext since Kelly Ebbels is a therapist that works with Dr.
Robins, it would have been requested by either Paul Galligan, Laurie Almon or Victoria Vitarelli
of Seyfarth Shaw LLC, the lawyers that deposed Dr. Robins.
Thank you for confirming this info I already suspected, I had to fire my lawyer Hendrick
Vandamme (that was present during Dr. Robins deposition he said) for ethical reasons and
everything I am discovering is mind blowing to say the least.

Thank you again!

Sincerely,
Rossana Caponetto

On Tue, Oct 25, 2022 at 2:14 PM <cs-ny@veritext.com> wrote:
    Good Afternoon,

    I have searched our records and I do show that Veritext covered the depositions of Dr. Robins on November 15th and November
    18th, 2021.

    I have not been able to find the deposition of Mrs. Ebbels on our Calendar. I have look through all the dates and under the Index
    Number. Could this have possibly have been covered by a different court reporting agency.

    Thank you,
    June

    —
    We'd love to know how we are doing! Please click the survey below to give feedback:
    Customer Satisfaction Survey– Thank you!
    June Coyle
    Director of Client Services and Case Management
    VERITEXT
    7 Times Square – Suite 1604
    New York, NY 10036
    **O** 212-279-9424 **D:** 1-646-989-3376
    jcoyle@veritext.com
    www.veritext.com
        On October 24, 2022 at 6:08 PM EDT roxy212pa@gmail.com wrote:

        Dear Sirs,

        my name is Rossana Caponetto and I am the plaintiff of **Index No.: 032137/2020**
        ROSSANA CAPONETTO, Plaintiff -against- LARRY MULLEN, ANN ACHESON, and RZO
        PRODUCTIONS.
        I am writing to know if you have any records of the deposition of Dr. Robins and Mrs. Kelly
        Ebbels that were deposed by Paul Galligan and Victoria Vitarelli from the law firm Seyfarth
        Shaw in Manhattan.
        Dr. Robins was deposed in November 2021 and Mrs Ebbels was deposed in January 2022.
        I had to fire my lawyer for unethical behaviour and now he says he has no records of my 2
        key witnesses Dr. Robins and Mrs. Ebbels so I am just trying to get to the bottom of this.
        I hope you can help.

        Thank you!

Tue, Sep 20, 12:33 PM

Hi Kelly do you have a copy of your deposition? Can you please call me when you have a minute? Thank you Roxy

SHE WAS MY THERAPIST
Wednesday 9:53 AM

Hi Roxy, I do not. I would call the front desk for any records requests

# EXHIBIT 6

10/21/22, 3:45 PM                                    Mail - Roxy Caponetto - Outlook

Re: Caponetto/Mullen - Dr. Robins' Deposition

Hendrick Vandamme <hendrick@vandamme-law.com>
Fri 12-Nov-21 4.11 PM
To: Roxy Caponetto <roxycapo@hotmail.com>

rox

Hendrick Vandamme, Esq.
Vandamme Law Firm, P.C.
46 Trinity Place, 3rd Floor
New York, New York 10006
Direct:  (212).641.0613
Cell:    (212)-851-6916
Fax:     (212)-918-0720
www.vandamme-law.com



VANDAMME LAW FIRM, P.C.
ATTORNEYS AT LAW

----------------------------------
To ensure compliance with requirements imposed by the IRS, Vandamme Law Firm, P.C., informs you that, if any advice concerning one or more U.S. Federal tax issue

═══════════════════════════════════════════════════════════════════
This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not us

On Fri, Nov 12, 2021 at 3:27 PM Vitarelli, Victoria <vvitarelli@seyfarth.com> wrote:

Good afternoon,

Below is the link for Dr. Robins' deposition, which is scheduled for this Monday, November 15, at 10:15 AM.  Please share with Dr. Robins.

**https://proceedings.veritext.com/?token=7f043773ba0a8b91de3610bc50ae8378 [proceedings.veritext.com]**

Thank you and have a nice weekend.

Victoria

**Victoria Vitarelli** | Associate | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-4651
vvitarelli@seyfarth.com | www.seyfarth.com

 Seyfarth

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe
that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Felicia Jettoo <felicia@robinspsych.com>
**Sent:** Monday, November 8, 2021 10:09 AM
**To:** Vitarelli, Victoria <vvitarelli@seyfarth.com>; Miranda Tillman <miranda@robinspsych.com>; Glenys Almanzar <glenys@athena-neuro.com>
**Cc:** Galligan, Paul <PGalligan@seyfarth.com>; Hendrick Vandamme <hendrick@vandamme-law.com>
**Subject:** Re: Caponetto/Mullen - Dr. Robins' Deposition

[EXT. Sender]

10/21/22, 3:45 PM                                    Mail - Roxy Caponetto - Outlook

Good morning,

    Thank you for confirming the deposition. I am cc'ing team members Miranda and Glenys who will assist in making sure that Dr. Robins is prepared for the deposition.

Best,

Felicia

On Mon, Nov 8, 2021 at 6:54 AM Vitarelli, Victoria <vvitarelli@seyfarth.com> wrote:

Good morning,

Attached please find a subpoena for Dr. Robins' remote deposition on November 15, 2021, at 10:15 a.m.  We previously scheduled this deposition with you. We will send a link for the remote deposition in the coming days.

Please advise whether you accept service of the subpoena on Dr. Robins' behalf.

Thank you for your assistance in this matter.

Best,

Victoria

**Victoria Vitarelli** | Associate | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-4651
vvitarelli@seyfarth.com | www.seyfarth.com

 **Seyfarth**

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

--

Felicia A. Jettoo, LMHC | Dr. Charles Edward Robins, Psychologist, P.C.
Managing Director
33 West 60th Street, Suite 600 |  New York, New York, 10023
Direct Line: 646-530-3060| Main Office: 212-586-3773 |  F: 212-977-1057
Felicia@robinspsych.com

** The information contained in this e-mail message and any attachments transmitted with it are private, are intended solely for the use of the individual or entity to whom it is addressed and may contain confidential and/or privileged material. If you have received this e-mail message in error, please immediately notify the sender by reply e-mail and delete the message. You should not print, copy, transmit, or otherwise disseminate the information contained in this e-mail message. Any use of this information other than by the intended recipient is prohibited. **

# EXHIBIT 7



LAURENCE MARLEN
250 W 57TH ST #703 PH
NEW YORK NY 10107

THE FACE OF THIS DOCUMENT CONTAINS AN ADDITIONAL SECURITY FEATURE. THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER SIDE AT THE TOP

1902-1065
53/53 10

DATE
11-29-2019

CHECK NO.
247

PAY TO THE
ORDER OF

ROSSANA CAPONETTO
251 W 92ND ST #28
NEW YORK NY 10025

VOID THIS IS NOT A CHECK  · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·  DOLLARS

Total Net Direct Deposit(s)
**$1361.29**

AMOUNT

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

```
RY  DATE: 11/07/22  AN: 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  DOC: 100 UNIT: BET      PG: 004  DEQR
PYR  REO SMEM  NAME          EARNINGS      SE NUMBER   CONTROL NUMBER   PR      S
E17  OI      R    CAPONE      12032.00     230700000   2114-82-71992    01718 V
ASDI SELF EMPLOYMENT TOTAL    12032.00
     17 OASDI YEARLY TOTAL    12032.00


ELF EMPLOYMENT
PYR  REO SMEM  NAME          EARNINGS      SE NUMBER   CONTROL NUMBER   PR      S
E18  OI      R    CAPONE       8498.00     230800000   2215-04-78828    02019 V
ASDI SELF EMPLOYMENT TOTAL     8498.00
     18 OASDI YEARLY TOTAL     8498.00


IN: 270908452              LAURENCE MULLEN
                           250 W 57TH ST FL 23
                           NEW YORK              NY  10107-2301
PYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER   PR      S
019  AA      R    CAPONE     33923.22      33923.22 0027-KK-17417       00820 V
             WAGE TOTAL      33923.22
     OASDI EMPLOYER TOTAL    33923.22
     19 OASDI YEARLY TOTAL   33923.22


IN: 270908452  LAURENCE MULLEN
PYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER   PR      S
020  AA      R    CAPONE     11307.74      11307.74 1025-AC-52856       00821 V
             WAGE TOTAL      11307.74
     OASDI EMPLOYER TOTAL    11307.74
     20 OASDI YEARLY TOTAL   11307.74

  21 NONE

  22 NONE

ETAIL NON-COVERED EARNINGS AND W-2 PENSION DATA AND EMPLOYER NAME AND
 ADDRESS  FOR YEARS REQUESTED
NO NON-COVERED EARNINGS AND W-2 PENSION DATA POSTED FOR YEARS REQUESTED
```

SOCIAL SECURITY ADMINISTRATION
237 West 48th Street 5th floor
New York, N.Y. 10036
Online at www.socialsecurity.gov

Social Security Administration
Online Services
www.socialsecurity.gov

NOV 0 7 2022

District Office 100
Midtown, New York, NY
SSA Field Office

**Derek Brown**
Legal Assistant I

**New York State Department of Labor**
Harriman State Office Campus
Building 12, Room 509, Albany, NY 12240
(518) 485-2191 | foil@labor.ny.gov
www.labor.ny.gov

August 9, 2021

Toni Serrant
Seyfarth Shaw LLP
620 Eighth Ave.
New York, NY 10018

Re:   537 Unemployment Insurance (UI) Records Request /
      Serrant, Toni - Rossana Caponetto
      File No.:  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

Dear Ms. Serrant:

This is to acknowledge receipt of the copying fee relative to the above matter.

As outlined in my correspondence dated July 30, 2021, enclosed please find copies of the requested records.

Very truly yours,

Jill Archambault
Records Access Officer

By:   *Derek Brown*
      Derek Brown
      Legal Assistant I

Enc.

NEW YORK STATE OF OPPORTUNITY | Department of Labor

DEF000128

SSN: ███6100    Claim Date: 02/10/2020    Claim Time: 16:18:43    Language: 0
                Source: UI Web Application    ANI:                 Claim Status: C
                                              DNIS:

████████████6100  Feb 10, 2020 4:18:43 PM

### EMPLOYER INFORMATION



Employer FEIN:  270908452
Employer ER No:  9027957
Last Employer Name:  LAURENCE MULLEN
Address:  250 W 57TH ST STE 1101
Address 2:
City:  NEW YORK
State:  NY
Zip:  10107
Zip Ext:
Phone:  8456712879
First Day Worked:  08/29/2019
Reason for Separation:  Lack Of Work
Return to Work Date:
Job Title:  Estate Manager
Occupational Group:  11914100
Work Location:  NYC and Nyack, Ny
Select Employer from List?  List given-employer selected

*23rd floor not 1101*
*SEE MY PAYCHECK*
*I COULD HAVE NEVER*
*PUT SUITE 1101*

*09/02/19*

### REVIEW VERIFICATION CHECKBOX:
I have reviewed all tabbed sections and verified that the information is true and accurate to the best of my knowledge.

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    000018

DEF000146

Social Security Administration

SOCIAL SECURITY
5TH FLOOR
237 W 48TH STREET
NEW YORK, NY 10036-1436
Date: July 23, 2021
BNC#: 21D1177G27539
LW

SEYFATH
620 EIGHTH AVE
32ND FLOOR
NEW YORK, NY 10018

Dear TONI SERRANT

Your request for information is being returned. We have conducted a thorough search of our records. There is no evidence of a claim being filed.

*Social Security Administration*

DEF000113



**NEW YORK STATE** | **Workers' Compensation Board**

CLARISSA M. RODRIGUEZ
CHAIR

PO Box 5205
Binghamton, NY   13902-5205

SEYFARTH SHAW LLP
620 EIGHTH AVENUE
NEW YORK, NY 10018

June 28, 2021

**TO THE THIRD PARTY**

The Board has received your request for information/records dated 06/15/2021.

Based on the identifying information which you have provided, the Board cannot honor your request at this time, as we are unable to verify that you are authorized to access confidential claimant information.

In order to access confidential claimant information, pursuant to the privacy provisions set forth in Workers' Compensation Law §110-a, if you are not a party to the confidential proceedings, you may obtain access only through the following means:

By court-ordered subpoena, subpoena of a law enforcement agency, or subpoena of an authorized administrative agency, or

By submitting an original signed, notarized authorization letter from the claimant, or

By submitting an original signed Form OC-110A, Claimant's Authorization to Disclose Workers' Compensation Records. You may telephone your local WCB office to have Form OC-110A sent to you, or you may download it from our web page, www.wcb.ny.gov. It can be found under the heading Common Forms Online.

An individual authorization is not valid if a prospective employer or an entity seeking the records in connection with assessing fitness or capability for employment seeks disclosure.

It is unlawful to disclose individually identifiable information from Workers' Compensation Board records to any person who is not otherwise lawfully entitled to obtain these records. Any person who knowingly and willfully obtains workers' compensation records which contain individually identifiable information under false pretenses or otherwise violates Workers' Compensation Law Section 110-a shall be guilty of a class A misdemeanor and shall be subject upon conviction, to a fine of not more than one thousand dollars.

REGARDING:  CAPONETTO, ROSSANA / DOB 07/08/1963 / SS# XXX-XX-6100.    *WRONG DOB*

NO CASE FOUND FOR THIS CLAIMANT.  NO RECORDS FOUND FOR ACCESS OR RELEASE.

THANK YOU

By: L CUSANO
Title: ASST WC EXAMINER  Unit: ASSEM
(866) 802-3730

EOC-110A.2 (12/03)

DEF000112

 **Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

tserrant@seyfarth.com
T (212) 218-4645

www.seyfarth.com

June 15, 2021

**VIA FEDEX**

CityMD West 69th Street
2025 Broadway
New York, NY 10023

Re:  **Rossana Caponetto**
     **DOB: 7/8/1963; SSN: XXX-XX-6100**          ──>   WRONG
     **Request for Medical Records**                     DOB

Dear Sir or Madam:

       Enclosed please find an executed HIPAA authorization for the release of all medical
records concerning the above-referenced individual for the time period indicated on said form.
These records are needed in connection with a litigation pending before the Supreme Court of
the State of New York, Rockland County in which Ms. Caponetto is the Plaintiff and this firm
represents the Defendants.

       It would be greatly appreciated if you could expedite this request.  We will remit payment
for any fees incurred to obtain and release the records.

       Should you have any questions, please contact me directly at (212) 218-4645.  Thank
you for your cooperation in this matter.

Very truly yours,

SEYFARTH SHAW LLP

Toni Serrant
Paralegal

Enclosure

cc:  Lorie E. Almon, Esq. (via email) (w/enclosure)
     Paul H. Galligan, Esq. (via email) (w/enclosure)
     Victoria Vitarelli, Esq. (via email) (w/enclosure)

DEF000096

LAURENCE MULLEN
Redacted

1902-1865
EE ID: 10          DD

ROSSANA CAPONETTO
251 W 92ND ST #28
NEW YORK NY  10025

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| RossanaCaponetto | | |
| 251 W 92nd St #28 | | |
| New York, NY  10025 | | |
| Soc Sec #: xxx-xx-xxxx | Employee ID: 10 | |

Pay Period: 11/02/19 to 11/08/19
Check Date: 11/08/19     Check #: 241

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Savg 6338 | 1361.28 | 15714.98 |
| **NET PAY** | **1361.28** | **15714.98** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2019.23 | | 19788.54 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 2019.23 | | 19788.54 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 125.19 | 1226.89 |
| | Medicare | | 29.28 | 286.93 |
| | Fed Income Tax | S 2 | 316.28 | 1421.41 |
| | NY Income Tax | S 2 | 109.45 | 634.86 |
| | NY Disability | | 0.60 | 22.00 |
| | NY Disability PFL | | 3.09 | 30.28 |
| | NY NYC Inc | S 2 | 74.06 | 451.19 |
| | **TOTAL** | | 657.95 | 4073.56 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1361.28** | **15714.98** |

Payrolls by Paychex, Inc.

**0020 1902-1865**  Laurence Mullen • Redacted

DEF000020

**Re: UI records Rossana Caponetto**

Roxy Caponetto <roxycapo@hotmail.com>

Sun 13-Nov-22 7:21 PM

To: labor.sm.Counsel.FOILReq <FOILReq.Counsel@labor.ny.gov>;foil@labor.ny.gov <foil@labor.ny.gov>

Bcc: divinejustice212@protonmail.com <divinejustice212@protonmail.com>

Dear Mrs. Jill Archambault and Mr. Derek Brown,

thank you for mailing my U.I. 33 pages records I received on Nov.10 and for waiving the statutory fee for my copies as a courtesy, I really appreciate it.

Thank you for conducting such a diligent search from 2010 even though I only requested my records from Feb. to Nov. 2020 but thanks to you I found out there are some discrepancies in my file: your records on page 17 - see attachment - show 5 applications for unemployment benefits applications when I should only have Aeroprofessional in 2010 and Mullen/Rzo in 2020. There are 3 applications for 2010 but these 3 (on pages 20, 23 and 26) are always for the same job and the same company repeated with 3 different names under "employer information" and on **page 23** there is not even a name for the employer information and no FEIN nor ER number either, how is it possible to have an empty record like this? You could not have approved any benefits based on this information.
   Also, why did you redact the first 3 lines of page 9? I apologize for asking so many questions but like I said I am afraid somebody accessed my records and used them fraudulently.

As far as the Labor Law 537 (1)(b), (2) and (1)(c)(i) you quoted in your cover letter, **can you please send me the written request sent to you in June 2021 by Seyfarth Shaw LLC** (620 8th ave NY, NY 10018) **by one of their 3 lawyers, either Paul Galligan, Victoria Vitarelli or Laurie Almon or their secretary to release my UI records to them?** According to the court records, these 3 lawyers from Seyfarth have requested my UI records to you and submitted them to court as evidence in my lawsuit 032137/2020 where I am the plaintiff (document number 70 exhibit 3 10/15/2021). I am still missing this record as I recently fired my lawyer Hendrick Vandamme for ethical reasons and he's still withholding a lot of court documents from me, that's why I am requesting it directly to you. Can you please send this info (and my complete file) as an attached pdf to this email asap? I can't wait over 2 weeks again.

Thank you,
R. Caponetto

**From:** labor.sm.Counsel.FOILReq <FOILReq.Counsel@labor.ny.gov>
**Sent:** Tuesday, October 25, 2022 9:52 AM
**To:** Roxy Caponetto <roxycapo@hotmail.com>
**Subject:** RE: UI records Rossana Caponetto

Please be advised that access is denied to records of this type pursuant to NY Labor Law § 537 which specifically states the requirements that must be met for the Department to release UI records or information, as well as criminal penalties that result from the improper release of UI information and records. See NY Labor Law §§ 537(1)(b), 537(1)(d)(i), 537(1)(d)(ii), 537(1)(d)(iii) and 537(2).

**If you are requesting your own UI records**, your request must be submitted via fax or mail and contain the following:
- A statement that you are seeking your own Unemployment Insurance records,
- Your social security number,
- A description and timeframe of the records, and
- You must sign the request and either
  - include a copy of photo ID that contains your signature (drivers license, passport, etc) OR
  - The request must be signed and notarized

Authorizations that meet the requirements of Labor Law § 537 may be found here:
https://www.labor.ny.gov/secure/foilrequest.shtm

You must submit your request with the necessary proof of ID or authorizations by fax to *(518) 485-1819* or by mail addressed to:
*Records Access Officer*
*New York State Department of Labor*
*Harriman State Office Campus*
*Building 12, Room 509*
*Albany, NY 12240*

Thank you for contacting the New York State Department of Labor.

**From:** Roxy Caponetto <roxycapo@hotmail.com>
**Sent:** Monday, October 24, 2022 6:48 PM
**To:** labor.sm.Counsel.FOILReq <FOILReq.Counsel@labor.ny.gov>
**Subject:** UI records Rossana Caponetto

You don't often get email from roxycapo@hotmail.com. Learn why this is important

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Dear Sirs,
I am writing to request a complete copy of my "benefit control records" from Feb 2020 to November 2020. I am afraid somebody has been using my personal information fraudulently. My online account has been deleted, not by me.
My Unemployment Insurance records is under this email, if you need any other info please let me know.

Thank you,
R. Caponetto

# EXHIBIT 8

From: **Hendrick Vandamme** hendrick@vandamme-law.com 
Subject: Re: MISSING DOCUMENTS * Caponetto vs. Mullen, Acheson and RZO
Date: November 21, 2022 at 2:37 PM
To: Roxy Caponetto roxycapo@hotmail.com

Please see attached the affidavit of service for RZO.

On Sat, Nov 19, 2022 at 10:22 AM Roxy Caponetto <roxycapo@hotmail.com> wrote:

Thank you for confirming the RZO affidavit of service was in the link you sent me. In reality it was not, so that is further evide
For the record, I said **your link** brought the hacking to my computer not that **you** hacked my computer, it's pretty obvious you
These are highly skilled professional hackers, high above you, obviously aware of my lawsuit, it has nothing to do with you per
**I suggest you stop your ridiculous accusations and subtle threats.**
**I AM ONLY RESPONSIBLE FOR WHAT I SAY NOT FOR WHAT YOU UNDERSTAND.**

From: Hendrick Vandamme <hendrick@vandamme-law.com>
Sent: Friday, November 18, 2022 1:18 PM
To: Roxy Caponetto <roxycapo@hotmail.com>
Subject: Re: MISSING DOCUMENTS * Caponetto vs. Mullen, Acheson and RZO

Dear Ms. Caponetto:

A scanned copy of the affidavit of service for RZO was inside in the Sharefile link that was provided to you along with all other records maintained in relation to your case. I also included a hard copy of the affidavit of service in the Fedex package which was sent to you but whi
containing these false allegations is not only me but to opposing counsel on your case may constitute a slander and damage my reputation.

While I represented you zealously while I was your attorney, and immediately forwarded your file after you discharged me, your actions now are on the verge of harassment and must cease.

At this point, I have provided you copies of everything we had in our possession both electronically and as a hard copy. If you need additional copies, please provide a Fedex or UPS shipping label and we will mail them to you again at your expense.

Very truly yours,

Hendrick Vandamme

On Fri, Nov 4, 2022 at 5:10 PM Roxy Caponetto <roxycapo@hotmail.com> wrote:

Thank you for confirming that as far as RZO "nobody appeared on their behalf".

1. I am still missing the RZO affidavit of service from the list of 250 documents you provided

2. I am also still missing the first set of depositions of Mesnier and Mullen when they were deposed in front of the notary be

Please send me these documents ASAP and then I am done.
Please do not send me any attachment again, that's how I got hacked in the first place.
An IT expert checked my computer and the hacking actually came from some of the files you sent me.

Thank you,
Roxy

**From:** Hendrick Vandamme <hendrick@vandamme-law.com>
**Sent:** Sunday, October 30, 2022 6:45 PM
**To:** Roxy Caponetto <roxycapo@hotmail.com>
**Subject:** Letter response October 30, 2022

Please see attached.

Hendrick Vandamme, Esq.
Vandamme Law Firm, P.C.
46 Trinity Place, 3rd Floor
New York, New York 100 06
Direct: (212).641.0613
Cell:   (212).851.6916
Fax:    (212).918.0729
www.vandamme-law.com

October 30, 2022 Email: roxycapo@hotmail.com and WhatsApp

Rosanna Caponetto
251 West 92nd Street, 2B New York, New York 10015

Re: Index Number: 032137/2020

Dear Ms. Caponetto:

In response to your email, we reiterate that we do not have copies of Dr. Robins' and Mrs. Ebbels' depositions. Those copies
personal knowledge of the events that occurred while you were employed by Mr. Mullen, their depositions are hearsay and co

Also, there was only one deposition of Mr. Mesnier and one deposition of Mr. Mullen in this case. We provided you with cop

Finally, regarding RZO Productions, please note that on one appeared on its behalf during the course of the litigation. While t
case.

Very truly yours, s/Hendrick Vandamme

---

**From:** Roxy Caponetto <roxycapo@hotmail.com>
**Sent:** Monday, October 24, 2022 5:56 PM
**To:** Hendrick Vandamme <hendrick@vandamme-law.com>; hendrickvandamme@gmail.com <hendrickvandamme@gmail.com>
**Cc:** Paul Galligan Partner at Seyfarth Shaw LLP - New York City <pgalligan@seyfarth.com>; Almon, Lorie Co-Managing Partner, Seyfarth Shaw Attorneys, LLP <lalmon@seyfarth.co
**Subject:** MISSING DOCUMENTS * Caponetto vs. Mullen, Acheson and RZO

Hendrick,

thank you for sending me this link with the 250 files of my lawsuit.

I apologize for the late reply but my computer has been HEAVILY HACKED since I terminated your services. Even the IT guy

In any case,  a lot of records are missing from your link, about 190 of the documents you sent me were my own records and

Please note that we have never received the executed deposition transcripts of Dr. Robin or Ms. Ebbel, thus we do not have them in our file. These can be obtained from Veritext Report

Thank you for confirming you don't have these 2 depositions' transcripts, I don't understand why you didn't depose yourself r

As you can see from the mail below from Miranda Tillman who manages the medical records for Dr. Robins, she doesn't have
In any case, since I signed the Hippaa authorization you sent me for Seyfarth to depose my therapist Kelly Ebbels and reques

These are the most important documents I am still missing, please provide me with the following records ASAP:

- Dr. Robins and Mrs. Ebbels depositions transcript
- the 2 transcripts of the **1**st **set of the 2 depositions** of Mr. Mullen and Mr. Mesnier.
  I read in both their transcripts, at the very beginning, that they were both deposed by a notary public before these "offici
  but never told me they had another deposition before this one, why didn't you inform me? What is the reason of having 2
  **Page 6 of Mullen's deposition** below, same info in Mesnier's deposition:
  "This deposition shall be sworn to by the witness being examined before a Notary Public other than the Notary Public befo
  controlled thereby. The filing of the original of this deposition is waived."

- **the RZO complete file**: why is it totally missing from the court records? Who are their lawyers? I never received any co

Thank you,
Roxy

---

**From:** Medical Records <medicalrecords@robinspsych.com>
**Sent:** Tuesday, September 27, 2022 2:54 PM
**To:** Roxy Caponetto <roxycapo@hotmail.com>
**Subject:** Re: ATT. FRANCISCO SUERO ---- LEDGER CARD

Hello,

We do not have transcripts of the depositions. As far as the records, I sent you what we sent to Seyfarth - you can also get the records from them/your previou

Thank You!

---

**From:** Hendrick Vandamme <hendrick@vandamme-law.com>
**Sent:** Tuesday, September 27, 2022 3:07 PM
**To:** Roxy Caponetto <roxycapo@hotmail.com>
**Subject:** Caponetto v. Mullen, et al

September 27, 2022

By email: roxycapo@hotmail.com and WhatsApp
Rossana Caponetto

Re:     Index Number 032137/2020
        ROSSANA CAPONETTO v. LARRY MULLEN et al

Dear Ms. Caponetto:

Please see enclosed a link to the documents contained in our file.

Please note that we have never received the executed deposition transcripts of Dr. Robin or Ms. Ebbel, thus we do not have them in our file. These can be obtained from Veritext Re

Attached please also find our Notice of Charging Lien. Please forward a copy of the notice to your new attorneys. If you would like to resolve the charging lien now, please have yo

Very truly yours,

s/Hendrick Vandamme

Link: https://vandamme-law.sharefile.com/d-s5894b39e1816423e90tb3cc908a7da96

Hendrik L VanLorenz, Esq
VanLorenz Law Firm, P.C.
1 Whitby Place  3rd Floor
New York, New York 10016
Direct: (516) xxx-xxxx
Cell:   (212) xxx-xxxx
Fax:   (212) xxx-xxxx
www.vandamme-law.com



**VANDAMME LAW FIRM, P.C.**
**ATTORNEYS AT LAW**

To ensure compliance with requirements imposed by the IRS, Vandamme Law Firm, P.C., informs you that, if any advice concerning one or more U.S. Federal tax issues is contained i

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclo

---

AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

SUPREME COURT
STATE OF NEW YORK, COUNTY OF ROCKLAND

Purchased/Filed: June 8, 2020
Index #: 0341370000

Roxana Caparellio
against
Carry Motion, et al

Plaintiff
Defendant

STATE OF NEW YORK
COUNTY OF ALBANY  ss.:

Felix Correo, being duly sworn, deposes and says: deponent is over
the age of eighteen (18) years, that on   June 26, 2020   at   2:00 PM   at the office of the
Secretary of State of the State of New York, in the City of Albany, New York deponent served the annexed

Summons and Verified Complaint

on

RZO Productions Inc.   the
Defendant in this action, by delivering to and leaving with   Alaina Dougherty
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of
the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY  2 true copies thereof and that
at the time of making such service, deponent paid said Secretary of State a fee of  40 dollars. That said service was
made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person
so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly
authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age  35-40   Approx. Wt.  130lbs   Approx. Ht.  5'7"
Color of skin  White   Hair color  Black   Sex  Female   Other

Sworn to before me on this
25th   day of June 2020

Felix Correo
Alling's File No.
Transportation Order # 51651264

**Serico, Inc.  P.O. Box 871, Albany, NY 13201**

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

SUPREME COURT
STATE OF NEW YORK, COUNTY OF ROCKLAND

Purchased/Filed: June 8, 2020
Index #  032137/2020

---

|  |  |
|---|---|
| *Rossana Caponetto* | Plaintiff |
| against |  |
| *Larry Mullen, et al* | Defendant |

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Felix Correa_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ June 25, 2020 _____ , at  2:00 PM , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Verified Complaint

on

_____ RZO Productions Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of

the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that

at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was

made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person

so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly

authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age:  55-60     Approx. Wt:  130lbs     Approx. Ht:   5'3"

Color of skin:    White      Hair color:   Black      Sex:   Female     Other: _____

Sworn to before me on this

 25th   day of June 2020

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308696
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

Felix Correa
Attny's File No.
Invoice·Work Order # S1841264

*SERVICO, INC., P.O. Box 871, ALBANY, NY 12201*

# EXHIBIT 9

 **Seyfarth**

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

pgalligan@seyfarth.com
T (212) 218-5521

www.seyfarth.com

June 11, 2021

**VIA NYSCEF**

The Honorable Sherri L. Eisenpress, A.J.S.C., J.F.C
Supreme Court of the State of New York
Rockland County
1 South Main Street, Suite 300
New City, New York 10956

Re:    Rossana Caponetto v. Larry Mullen, et al.
        Index No. 32137/2020

Dear Judge Eisenpress:

We represent Defendants Larry Mullen and Ann Acheson in the above-referenced matter.  We write pursuant to the Compliance Conference Order dated May 28, 2021, regarding Defendants' request to Plaintiff to execute a mutually-agreeable discovery confidentiality stipulation. (NYSCEF Doc. No. 18.)   At the May 28 compliance conference, the parties advised the Court that they were disputing the necessity of a discovery confidentiality stipulation. The Court directed the parties to meet and confer and, if the parties could not resolve their dispute then Defendants may file a letter on this issue.  The parties have been unable to resolve their dispute.  Defendants respectfully request this Court enter the proposed Confidentiality Stipulation and Protective Order, attached hereto as Exhibit A, pursuant to Section 3103 of New York Civil Practice Law and Rules ("CPLR").

Following the compliance conference, the parties' counsel met and conferred via telephone and e-mail correspondence.  Plaintiff's counsel represented that it was Plaintiff's position that the confidentiality agreement Plaintiff executed when she commenced employment in August 2019 sufficiently covered confidentiality in this litigation.  Plaintiff's confidentiality obligation remains in full force, yet it does not prevent Plaintiff's counsel from filings confidential material on the public docket.  Defendants invited Plaintiff to provide any feedback and/or requested changes to the proposed Confidentiality Stipulation and Protective Order.  She did not.

In an effort to resolve the parties' dispute, Defendants proposed defining "Confidential" in the proposed Confidentiality Stipulation and Protective Order (Ex. A) in the same manner it is defined in the confidentiality agreement that Plaintiff executed when she commenced her employment.[1] (See Email Correspondence, Ex. B.)  This proposal provided for consistent language to which

---

[1] Defendants have revised the proposed Confidentiality Stipulation and Protective Order attached hereto as Exhibit A to reflect the definition of "Confidential Information" in Plaintiff's executed confidentiality agreement. (See Ex. A, ¶ 2.)



Plaintiff already agreed, and mooted any concern Plaintiff may have about broadening the scope of confidentiality. Plaintiff plainly rejected the proposal and terminated the parties' conferral efforts, when Plaintiff's counsel advised "Plaintiff will not sign any additional confidentiality agreement since there is no need for any other agreement. The employment agreement has a detailed confidentiality provision and, as such, there is no need to add another layer of confidentiality." (*See* Ex. B.) Defendants disagree.

Pursuant to CPLR 3103(a), a "court may at any time on its own initiative, or on motion of any party or of any person from whom or about whom discovery is sought, make a protective order denying, limiting, conditioning or regulating the use of any disclosure device. Such order shall be designed to prevent unreasonable annoyance, expense, embarrassment, disadvantage, or other prejudice to any person or the courts." N.Y. C.P.L.R. 3103(a); *see also Gottwald v. Geragos*, 61 Misc. 3d 1214(A) (table), 2018 WL 5624349 (Sup. Ct. N.Y. Cty. 2018). It is well established that "[t]rial courts have 'broad power to regulate discovery to prevent abuse.'" *Seaman v. Wyckoff Heights Med. Ctr., Inc.*, 25 A.D.3d 598, 599 (2d Dep't 2006) (quoting *Barouh Eaton Allen Corp. v. I.B.M. Corp.*, 76 A.D.2d 873, 874 (2d Dep't 1980)).

Courts have broad discretion in entering protective orders to prevent a party from being unreasonably prejudiced by the dissemination of information that was intended to be used only for trial purposes. *Westchester Rockland Newspapers, Inc. v. Marbach*, 66 A.D.2d 335, 338 (2d Dep't 1979). In addition to document and information dissemination, examinations before trial occupy a "special preserve," as they are "private matters between the parties designed to assist them in their search for the relevant issues at the upcoming trial." *Id.*

The proposed Confidentiality Stipulation and Protective Order seeks to protect confidential information of both parties. Defendant Larry Mullen is best known as the drummer and co-founder of the rock band U2. He is a well-known musician in one of the most recognizable music bands in the world. Plaintiff's discovery requests seek confidential and private information without any bearing on this litigation in an effort to pry into Defendants' personal lives. (*See* Plaintiff's Discovery Requests, Ex. C.) Public dissemination and/or disclosure of these matters could be detrimental to Defendants' personal lives and business practices. In addition, Plaintiff can purposefully elicit testimony from Defendants that could be used to embarrass and harm them and non-party individuals. Without any confidentiality agreement, Plaintiff may seek documents and information about Defendants' residential addresses, finances, social security numbers, music, performances, contractual relationships with non-parties, family affairs, and intellectual property rights, to name a few topics of concern. And each of these topics is unrelated to the merits of this litigation. Information which is subject to abuse if widely disseminated shall be provided judicial safeguards, such as the implementation of a protective order. *See McLaughlin v G. D. Searle, Inc.*, 38 A.D.2d 810, 811 (1st Dep't 1972) ("While plaintiff is entitled to relevant and necessary information, material confidential in nature, or information which is subject to abuse if widely disseminated, shall be accorded judicial safeguards where possible.").

Plaintiff will not suffer any prejudice by entry of the proposed Confidentiality Stipulation and Protective Order, as she will not be precluded from using any of the information obtained in the course of discovery to prosecute her claims. Plaintiff has acknowledged her confidentiality obligation stemming from her employment and her counsel has represented that Plaintiff does not intend to breach that obligation, yet she refuses to affirm her confidentiality obligation as it relates to this litigation. Further, the proposed Confidentiality Stipulation and Protective Order protects Plaintiff's medical and mental health records.

 **Seyfarth**

The Honorable Sherri L. Eisenpress, A.J.S.C., J.F.C
June 11, 2021
Page 3

Both parties' interests are best served by the entry of a confidentiality agreement.  The Court should protect the parties from having their private and confidential information used for purposes unrelated to this litigation, by entering the proposed Confidentiality Stipulation and Protected Order contemporaneously submitted herewith.

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP


*/s/ Paul H. Galligan*


Paul H. Galligan


PHG
cc:      All Counsel of Record (via NYSCEF)

71864328v.1

# EXHIBIT 10

From: **Roxy Caponetto** roxycapo@hotmail.com  
Subject: JUDICIAL CONDUCT COMMISSION COMPLAINT FILED ON 10/30/22
Date: October 30, 2022 at 6:44 PM
To: Roxy Caponetto roxycapo@hotmail.com

## https://cjc.ny.gov/General.Information/Gen.Info.Pages/fileco mplaint.html

### NYS Commission on Judicial Conduct

The New York State Commission on Judicial Conduct investigates complaints against judges of the NY State Unified Court System. Complaints should be in writing and signed.

cjc.ny.gov

Dear Sirs,
I am the plaintiff of this case 032137/2020 and after noticing a lot of bizarre behaviors by my lawyer Hendrick Vandamme throughout my almost 3 years of litigation but specially the last few months, I found out he submitted false documents under my name without my knowledge nor consent, (affidavits without signature) so I fired him on 09/26/2022 when I understood that he switched sides.
I started reading all my emails, the documents he sent me and all the court's documents and I found an unbelievable amount of conflicting documents very different from my own original records and detailed case information I submitted to Vandamme.
I sued for wrongful termination 2 parties: Laurence Mullen - drummer of the Irish band U2- with his partner Ann Acheson and RZO productions INC, the touring and management company/ ( and other accounting services) of his band U2 as that's where my paycheck was coming from and my lawyer initially found a lot of IRS fraud connected to this before he switched sides.
My main concern here is that when Judge Eisenpress granted the Summary Judgement to party #1  Larry Mullen and Ann Acheson , in her decision and order dated June 29, 2022 she disposed my case (that is being appealed) quoting

2022 she disposed my case (that is being appealed) quoting
on her order on page 3 that "plaintiff does not show that she
ever served RZO" but RZO was actually served at the same
time as Mullen and Acheson and it is even stated in the
court website in different places, see attached evidence. I
am not accusing anybody but just trying to understand what
happened as I am still in the process of getting a new lawyer
but in the meantime I must report any anomaly I see on
my case for my appeal so that the next judge does have all
the evidence he/she needs to rule solely based on our
Constitution. See attachment :
1) screenshot from the court's website where RZO is listed
as defendant,
2) Judge Eisenpress decision and order,
3) confirmation notice to all parties involved including RZO
that my ex lawyer provided me in the list of documents to
give to my new counsel
4) the last email I sent my lawyer and all the defendants'
lawyer on 10/24/22 where I am asking for the missing
records he never provided me, in particular RZO. He never
responded to this day.
I hope you can help me clarify the situation. I have been in
a state of shock since I found out this "unethical behavior"
from my lawyer and everything connected to this. I have
been heavily hacked on my phone and computer and some
of my court files have been corrupted, so I reported to to
the local authorities everything that happened, you can
check my report with the NYPD on 10/10/22.
I really appreciate your help and your job to maintain honest
judicial integrity in our Courts of Law.
Respectfully,
Rossana Caponetto



### New York State Commission on Judicial Conduct
### Complaint Form

Thank you. Your information has been submitted. You will receive an acknowledgment letter via postal mail.



**FILED: ROCKLAND COUNTY CLERK 11/19/2020 03:39 PM** INDEX NO. 032137/2020

NYSCEF DOC. NO. 11 RECEIVED NYSCEF: 11/19/2020



# REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 07/29/2019)

SUPREME ☑ COURT, COUNTY OF ROCKLAND ☑

Index No: 032137    Date Index Issued: 06/08/2020

| | For Court Use Only: |
|---|---|

**CAPTION**    Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

ROSSANA CAPONETTO

Plaintiff(s)/Petitioner(s)

-against-

LARRY MULLEN, ANN ACHESON, and
RZO PRODUCTIONS, INC.

Defendant(s)/Respondent(s)

| IAS Entry Date |
|---|
| Judge Assigned |
| RJI Filed Date |

**NATURE OF ACTION OR PROCEEDING**    Check only one box and specify where indicated.

**COMMERCIAL**
- ○ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ○ Contract
- ○ Insurance (where insurance company is a party, except arbitration)
- ○ UCC (includes sales and negotiable instruments)
- ○ Other Commercial (specify): _____

*NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.*

**REAL PROPERTY**    Specify how many properties the application includes: _____
- ○ Condemnation
- ○ Mortgage Foreclosure (specify):    ○ Residential    ○ Commercial
  Property Address: _____
  *NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.*
- ○ Tax Certiorari
- ○ Tax Foreclosure
- ○ Other Real Property (specify): _____

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution    [see *NOTE* in **COMMERCIAL** section]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other (specify): _____

**MATRIMONIAL**
- ○ Contested
  *NOTE: If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI ADDENDUM (UCS-840M)**.*
  *For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (**UD-13**).*

**TORTS**
- ○ Asbestos
- ○ Child Victims Act
- ○ Environmental (specify): _____
- ○ Medical, Dental or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability (specify): _____
- ○ Other Negligence (specify): _____
- ○ Other Professional Malpractice (specify): _____
- ◉ Other Tort (specify): wrongful termination

**SPECIAL PROCEEDINGS**
- ○ CPLR Article 75 (Arbitration) [see *NOTE* in **COMMERCIAL** section]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ Extreme Risk Protection Order
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene (specify): _____
- ○ Other Special Proceeding (specify): _____

**STATUS OF ACTION OR PROCEEDING**    Answer YES or NO for every question and enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ◉ | ○ | If yes, date filed: _____ |
| Has a summons and complaint or summons with notice been served? | ◉ | ○ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ○ | ◉ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**    Check one box only and enter additional information where indicated.

- ○ Infant's Compromise
- ○ Extreme Risk Protection Order Application
- ○ Note of Issue/Certificate of Readiness
- ○ Notice of Medical, Dental or Podiatric Malpractice    Date Issue Joined: 11/09/2020
- ○ Notice of Motion    Relief Requested: _____    Return Date: _____
- ○ Notice of Petition    Relief Requested: _____    Return Date: _____
- ○ Order to Show Cause    Relief Requested: _____    Return Date: _____
- ○ Other Ex Parte Application    Relief Requested: _____
- ○ Poor Person Application
- ◉ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other (specify): _____

**FILED: ROCKLAND COUNTY CLERK 11/19/2020 03:39 PM** INDEX NO. 032137/2020

NYSCEF DOC. NO. 11 RECEIVED NYSCEF: 11/19/2020

| RELATED CASES | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the RJI ADDENDUM (UCS-840A). | | | |
|---|---|---|---|---|
| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| PARTIES | For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the RJI ADDENDUM (UCS-840A). | | |
|---|---|---|---|
| Un-Rep | Parties List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined For each defendant, indicate if issue has been joined. | Insurance Carriers For each defendant, indicate insurance carrier, if applicable. |
| ☐ | Name: ROSSANA CAPONETTO Role(s): Plaintiff | VANDAMME LAW FIRM, P.C. Attorney for Plaintiff, 46 Trinity Place, 3rd Floor, New York, NY 10006, phone: 212-641-0613 | ● YES  ○ NO | |
| ☐ | Name: LARRY MULLEN and ANN ACHESON, Role(s): Defendant | SEYFARTH SHAW LLP, Attorney for Defendants, 620 Eighth Avenue, New York, NY 10018, phone: 212-218-5500 | ● YES  ○ NO | |
| ☐ | Name: RZO PRODUCTIONS, INC Role(s): Defendant | | ○ YES  ● NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |
| ☐ | Name: Role(s): | | ○ YES  ○ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.

Dated: _____11/18/2020_____

_____
Signature

_____4395182_____
Attorney Registration Number

_____
Print Name



# NYSCEF Confirmation Notice

## Rockland County Supreme Court

The NYSCEF website has received an electronic filing on 02/16/2022 11:52 PM. Please keep this notice as a confirmation of this filing.

**032137/2020**
**ROSSANA CAPONETTO v. LARRY MULLEN et al**
**Assigned Judge: Sherri L Eisenpress**

## Documents Received on   02/16/2022 11:52 PM

| Doc # | Document Type |
|-------|---------------|
| 66    | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION, Motion #001 |
| 67    | MEMORANDUM OF LAW IN OPPOSITION, Motion #001 |
| 68    | STATEMENT OF MATERIAL FACTS, Motion #001 |
| 69    | EXHIBIT(S) A, Motion #001 |
| 70    | EXHIBIT(S) C, Motion #001 |
| 71    | EXHIBIT(S) B, Motion #001 |
| 72    | EXHIBIT(S) 4, Motion #001 |

## Filing User

Hendrick Vandamme | hendrick@vandamme-law.com | 212-851-6916
46 Trinity Place 3rd Floor, New York, NY 10006

---

**Donna G. Silberman, silbermd@co.rockland.ny.us**
Phone: 845-638-5094    Fax: 845-638-5221     Website: http://rocklandgov.com/departments/clerks-office/

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile



# NYSCEF Confirmation Notice
## Rockland County Supreme Court

**032137/2020**
**ROSSANA CAPONETTO v. LARRY MULLEN et al**
**Assigned Judge: Sherri L Eisenpress**

## E-mail Notifications

An email regarding this filing has been sent to the following on 02/16/2022 11:52 PM:

**LORIE E. ALMON - lalmon@seyfarth.com**
**PAUL H. GALLIGAN - pgalligan@seyfarth.com**
**HENDRICK VANDAMME - hendrick@vandamme-law.com**
**VICTORIA M. VITARELLI - vvitarelli@seyfarth.com**

## Email Notifications NOT Sent

| Role | Party | Attorney |
|------|-------|----------|
| Respondent | RZO PRODUCTIONS, INC. | No consent on record. |

\* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

---

**Donna G. Silberman, silbermd@co.rockland.ny.us**
Phone: 845-638-5094      Fax: 845-638-5221      Website: http://rocklandgov.com/departments/clerks-office/

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of 2

**Full Caption**

Rossana Caponetto v. Larry Mullen, Ann Acheson, Rzo Productions, Inc.

## Plaintiffs/Petitioners

| Name | Represented By |
|---|---|
| Rossana Caponetto | VANDAMME, HENDRICK on 06/08/2020<br>VANDAMME LAW FIRM, P.C. |

## Defendants/Respondents

| Name | Represented By |
|---|---|
| Larry Mullen | GALLIGAN, PAUL H on 01/04/2021<br>SEYFARTH SHAW LLP<br><br>ALMON, LORIE E. on 10/02/2020<br>SEYFARTH SHAW LLP<br><br>VITARELLI, VICTORIA MARIE on 10/16/2020<br>Seyfarth Shaw LLP |
| Ann Acheson | GALLIGAN, PAUL H on 01/04/2021<br>SEYFARTH SHAW LLP<br><br>ALMON, LORIE E. on 10/02/2020<br>SEYFARTH SHAW LLP<br><br>VITARELLI, VICTORIA MARIE on 10/16/2020<br>Seyfarth Shaw LLP |
| RZO PRODUCTIONS, INC. | *none recorded* |

Document List | **Case Detail** | Court Notices



# EXHIBIT 11



## NEW YORK STATE
## COMMISSION ON JUDICIAL CONDUCT

JOSEPH W. BELLUCK, CHAIR
TAA GRAYS, VICE CHAIR
HON. FERNANDO M. CAMACHO
JODIE CORNGOLD
HON. JOHN A. FALK
HON. ANGELA M. MAZZARELLI
HON. ROBERT J. MILLER
MARVIN RAY RASKIN
RONALD J. ROSENBERG
GRAHAM B. SEITER
AKOSUA GARCIA YEBOAH
MEMBERS

CELIA A. ZAHNER, CLERK

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800    518-299-1757
TELEPHONE       FACSIMILE
www.cjc.ny.gov

**CONFIDENTIAL**

November 15, 2022

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

MARK LEVINE
DEPUTY ADMINISTRATOR

BRENDA CORREA
JENNIFER L. LOWRY
PRINCIPAL ATTORNEYS

MELISSA DIPALO
VICKIE MA
ERIC ARNONE
SENIOR ATTORNEYS

KELVIN S. DAVIS
STELLA E. GILLILAND
ADAM B. KAHAN
STAFF ATTORNEYS

ALAN W. FRIEDBERG
SPECIAL COUNSEL

Via Email: divinejustice212@protonmail.com
Rossana Caponetto
251 W 92nd Street – Apt. 2B
New York, New York 10025

Re:  File No. 2022/N-1181

Dear Ms. Caponetto:

This is to acknowledge receipt by the State Commission on Judicial Conduct of your complaint dated October 31, 2022.

Your complaint will be presented to the Commission, which will decide whether or not to inquire into it.  We will contact you after the Commission has reviewed the matter.

For your information, we have enclosed some background material about the Commission, its jurisdiction and its limitations.

Very truly yours,

Laura A. Soto
Executive Assistant to the Deputy Administrator

Encl.

From: **divinejustice212** divinejustice212@protonmail.com
Subject: Ethical and professional discipline complaint Dr. Robins - K. Ebbels - Tillman - Jettoo
Date: November 2, 2022 at 6:19 PM
To: CONDUCT@nysed.gov

Dear Sirs,

my name is Rossana Caponetto and I am the plaintiff of case #32137/2020.
I am writing to report the **unethical and <u>fraudulent</u> behavior** of Dr. Charles Edward  Robins STD PhD NYS# 006741-1 and Kelly Ebbels LMSW NYS# 092791

I have been a patient of Dr. Robins practice located on 33 W 60th street suite 600 NY, NY 10023 ph. 212 586 4717 from **June 11, 2021 until July 7th 2022** , my therapist was  Kelly Ebbels LMSW NYS# 092791 and the initial assessment was made by Glenys Almanzar when she administered the Rorschach test to me.

<u>My lawyer at the time, Hendrick Vandamme, referred me to Dr. Robins</u> for a really bad case of work related PTSD (my life was threatened by a co-worker) , I was a patient on a lien basis. I have other 9 medical providers to prove in court the damage - mainly physical - done by my terrible working conditions , my psychologist sessions for over 1 year with Kelly Ebbels are my main evidence of the PTSD and major depression I have been diagnosed with related to my horrible work experience but this evidence has been completely omitted in court.

What happened is, at some point my lawyer Hendrick Vandamme switched sides (I fired him on 09/26/2022 when I found out) so my diagnosis that he himself on 11/12/21 sent me before Dr. Robins was deposed on Nov. 15th and 18th 2021 was never submitted to court as evidence to prove my deep emotional damage. He had also told me there was a second deposition of Kelly Ebbels made on 01/25/22 ( **see my email and text with Kelly Ebbels**) that was not submitted either. After finding out my lawyer lied pretty much about everything I started checking every single record he had sent me and last week, on 10/25/22 when I checked with Veritext, the company that handles depositions, June Coyle, the director of services and case management of Veritex confirmed me Kelly Ebbels was never deposed! (**see email).**
Both Kelly and my lawyer lied to me. This is not only an unethical behavior but also proves a premeditated fraud. **Please see attachments**

After finding out even my own therapist Kelly I talked to weekly for over 1 year lied to me about being deposed, I checked every single document sent by Dr. Robins office (by the managing director Felicia Jettoo and Miranda Tillman, the medical records manager) and I found out more fraudulent records. The CRM of 77 pages they sent me ( see attachment) with all my weekly reports shows 2 different Kelly Ebbels signatures and 2 different NYS license numbers: from 02/14/21 her signature is completely different and her license number is different from the initial records from June 2021. They added a second part of this file from Feb. 14th, 2021. The fact that the MEDENT records until 02/14/2021 doesn't use Kelly's correct license number but a non existent NYS#10082 proves they never intended to submit my diagnosis to the judge, they just sent me this record to pretend that the whole proceeding was legit but it was not , I just found out in September 20th, 2022 - **see attached email to Dr. Robins.**

Another fraudulent document they sent me proving this premeditated fraud of never submitting my records to court is the initial ledger dated 10/22/21 that was sent to me by my lawyer doesn't match with the final ledger dated 09/29/22 Miranda Tillman sent me : the record numbers on the 1st ledger on the first left columns are completely different from the second ledger, the dates on the top are off as well and if you read the records from 02/14/21 you can read they pretty much repeat the same things as they stopped recording my sessions right before 02/14/22.

Dr. Robins lied under oath during his recorded deposition with Veritext saying he administered me the Rorschach test during my initial assessment but in reality Glenys Almazar did on 06/11/21 **(see attachment).** You can read this excerpt from his deposition  submitted by lawyer Paul Galligan to the court website:
https://iapps.courts.state.ny.us/nyscef/DocumentList?
docketId=6t0AGzdvMe7vlkqCu5ZH7g==&display=all

**Last and _most disturbing finding_ proving the fraudulent premeditated behavior of Dr. Robins together with Glenys Almanzar, Felicia Jettoo and Miranda Tillman and the lawyers from both sides,** is this email dated 11/08/21 before Dr. Robins' deposition **( SEE ATTACHED)** sent by Felicia Jettoo to 2 of the 3 defendants lawyers, Victoria Vitarelli and Paul Galligan, my lawyer Vandamme and her 2 co-workers Glenys and Miranda where she states as follows - quote:
"Good morning, thank you for confirming the deposition. I am cc-ing team members Miranda and Glenys who will assist in making sure that Dr. Robins is prepared for the deposition".
This is the most disturbing email of all the many I found so far. Why would Dr. Robins need to prepared for his deposition if the deposition was legit? Why would they send this email to the defendants lawyers besides my own lawyer?
Also in the same email chain, Victoria Vitarelli - defendants' lawyer - asks Felicia Jettoo if she accepts service of subpoena on Dr. Robins' behalf: Dr. Robins was hired to prove my PTSD and I was a patient on a lien basis, why would he need to be subpoenaed when I signed a HIPPAA authorization for him?
**This is self evidence of everybody working as 1 team instead of opposing parties plaintiff/ defendants. I am still in deep shock over all of this.**

This the link with all the attachments:
**https://drive.proton.me/urls/ENJ75029FG#t9RzZhuxfbkR**

I am really counting on you to make sure all these 5 people involved in Dr. Robins clinic will not be able to harm anybody ever again.
I don't think anybody can even remotely imagine how I feel after finding out not only my lawyer but even my own therapist lied to me after talking weekly for 1 year and 1 month.
I don't know if I will ever be able to trust anybody ever again for the rest of my life.

Thank you for everything you are doing to help keeping the integrity of the health community workers to honest and ethical standards.

Respectfully,
Rossana Caponetto
251 W 92nd Street Apt 2B
NY, NY 10025
212 874 7053


Sent with Proton Mail secure email.

From: **divinejustice212** divinejustice212@protonmail.com 
Subject: Hendrick and Hollis Vandamme - Paul Galligan - Victoria Vitarelli - Laurie Almon
Date: November 11, 2022 at 4:57 PM
To: AD1-AGC-newcomplaints@nycourts.gov

Dear Mr. Dopico,

I am here to give you another update on Mr. Hendrick Vandamme, my former lawyer I fired on 09/26/22 as to this day he is still withholding many very important documents part of my lawsuit, including the affidavit of service of RZO, one of the 3 defendants + 2 first set of depositions of  Mr. Mullen and Mr. Mesnier I only recently found out about from the court records + 2 depositions of Doctor Robins and Mrs. Ebbels my therapist. I actually found out Mrs. Ebbels was never even deposed and she and Vandamme both lied to me about this as well, see email from Veritext and ethical complaint about the Doctor and therapist. ANother anomaly from a deposition done by my lawyer is that Ann Acheson, one of the 3 defendant that was listening to this deposition is actually listed as an esquire instead of a defendant, see email.

I forgot to also report another lawyer, Mrs. Hollis Deleonardo Vandamme who is Hendrick's wife and part of my litigation from the beginning even, though her name is not on the court website she is always cc-ed in my correspondence and also with Seyfarth's correspondence.
Please let me know if you need me to file a separate ethical complaint about her as well.

I really hope you can stop Mr. Vandamme and the other 4 lawyers from ever hurting anybody ever again.

Respectfully,
Rossana Caponetto
251 W 92nd Street apt 2B
10025 NY, NY
212 874.7053

Sent with Proton Mail secure email.

------- Original Message -------
On Tuesday, November 1st, 2022 at 7:30 PM, divinejustice212 <divinejustice212@protonmail.com> wrote:

Dear Sirs,

My name is Rossana Caponetto and I am the plaintiff of case number 32137/2020 and I am here to report the unethical behavior of the 3 Seyfarth Shaw defendants' lawyers of my own case: Mrs Vitarelli, Mr. Galligan and Mrs Almon.

  This is a second separate complaint from the one I sent last night about my ex lawyer Hendrick Vandamme but it is all tied together in the same lawsuit so I am forwarding the first email as well so you know this played out at the same time with these 4 lawyers working together.

During my litigation of almost 3 years - still open - the Seyfarth team Galligan, Vitarelli Almon filed fraudulent documents to the court intentionally misrepresenting the facts related to my litigation as follows:

For reference this is the court website with my case:
https://iapps.courts.state.ny.us/nyscef/DocumentList?docketId=6t0AGzdvMe7vlkqCu5ZH7g==&display=all

1) **doc. 53** ehxibit F from the court website document list, the text messages are not originals but blurred photocopies but you can still see the dates: 2 texts out of 3 I was not even employed there and the one when I was employed there is forged as it

~~can still see the dates. 2 talks out of 3 I was not even employed there and the one when I was employed there is forged as it~~ was sent in September 2019 and the reply of the person receiving it replied that he was getting ready for Christmas. The context of this particular text was a blatant ad hominem attack - see attachment with my red comments on it and the **email from Vitarelli** saying they produced it "in good faith" even if not requested.

2) **doc. # 70,** (pages 211 to 229) is the deposition of Mr. Mesnier, (not signed nor notarized) at the end there are some records attached provided by Seyfarth as they themselves state on their letter to the court dated Dec 23, 2021.
This forged document is the record of my unemployment insurance they requested from the Department of Labor even though I had already provided my own unemployment records to my ex lawyer. Just by reading this document in every detail anybody can see it is a bad cut and paste fake document where there is some of my personal information mixed with somebody else's record - please see attachment with my comments in red. The most obvious evidence is that this document asks if I was getting unemployment because of the Coronovirus emergency BUT when I filed the first week of February 2020 there was no emergency. Another blatant evidence is the base period where they calculated my unemployment on this document is totally off, mine was Sept- Dec 2019 and the one on this record is Jan- Apr 2019 when I was not even working. This record even states that I asked to be a new registered voter that I never asked to be in my life as I am very a-political and I do not vote. I requested the U.I. records from the department of Labor twice in the last 2 weeks and did not get them yet but I did get the records from the NY State debit card where my unemployment was deposited and the dates in my debit card do not match the ones on the record provided by Seyfarth - **see attached bank statement.** I only have the record for Oct. and Nov. 2020 as they have no records prior to 2 years and I asked a couple of weeks ago in October 2022.

3) This is the exact claim I made for my ex lawyer Vandamme as it applies to the Seyforth team as well:
One of my most disturbing findings for me was an email **(attachment I)** where my lawyer is discussing with the 3 Seyfarth defendants' lawyers (Mr. Galligan Paul, Mrs Laurie Almon and Miss Victoria Vitarelli) and 3 psychologists/employees of Dr. Robins all cc-ed ( **Mrs Tillman, Mrs. Jettoo and Mrs Almanzar)** , how "to prep the Doctor" for his deposition. If the deposition is legit supporting my claims already stated in Dr. Robins diagnosis, why would they have to prep the doctor? Why were all 3 parties talking friendly as if they all belonged to the same side? Why didn't they depose the only person I actually talked to for 1 year and 1 month on a weekly basis, Mrs. Kelly Ebbels, instead of Dr. Robins that I never even met or talked to? Why didn't my lawyer depose himself my therapist Kelly Ebbels, my key witness?

Please find all 13 attachment plus your complaint forms for these 4 lawyers that I will mail as well on this link:
https://drive.proton.me/urls/111RZ20HXW#dvtPMQrClf6m

These 3 lawyers filed fraudulent documents to the court offering them as genuine and true evidence knowing they were actually forged and altered, this is a serious crime against the court and against myself.

I would like to thank you again for investigating these horrible situations to help maintain our judicial system honest and based on integrity upholding the Constitution of the United Stated of America and not any private interest.

Respectfully,
Rossana Caponetto
251 W 92 Street Apt 2B
NY, NY 10025
212 874 7053

------- Original Message -------
On Tuesday, November 1st, 2022 at 12:25 AM, divinejustice212 <divinejustice212@protonmail.com> wrote:

Dear Sirs,

I am the plaintiff of case number 32137/2020 and I am writing to report the ethics violations committed by my ex lawyer  HENDRICK VANDAMME id number 4395182

in almost 3 years of litigation, there are too many to mention here but to keep it short these are the main ones:

1) he committed perjury by submitting false documents to the court without my

knowledge on 02/16/2022 :
**documents 68** where he is using me to state false information to benefit Mr. Mullen and Mrs Acheson about his residency and marital status, (IRS related)
**document 66** of the court website attached, point 6, he states as follows:

1. Plaintiff withdraws the 5th cause of action for negligent hiring and supervision, the 6th cause of action for breach of covenant of good faith and fair dealing, and the 7th cause of action for intentional and negligent infliction of emotional distress.

He submitted his last set of documents 8 minutes before the midnight deadline without my knowledge, I never saw any of them until September 20th, 2022, few days before I fired him on 09/26/2022.

I never withdrew any cause of action, these 3 causes are the core of my lawsuit, why would I do that? It makes no sense. The 7th cause of action especially is so important to show my emotional and physical damage, my lawyer himself sent me to a psychologist for therapy for 1 year and 1 month to prove the PTSD and depression caused by the discrimination, toxic environment, retaliation and trauma for having had my life threatened by a co worker with a baseball bat. I even asked him to submit additional evidence to be used as exhibits to support my claims when I asked him to go to a neurologist when my stress level was so unbearable I developed a condition called "phantom smell": as usual, he never even bother to answer me.- see attached. By doing so not only he committed malpractice as he did not serve as my fiduciary and didn't act in my best interest - actually going against my interest - but he also concealed and omitted to present any evidence supporting my claims to the court, nullifying the whole proceeding.

**on document 71** - see pages 5 and 7 - it is stated Mr. Mullen was deposed before this "official deposition of 10/20/21",

same for Mr. Mesnier's deposition **document 70** , they were both deposed with a notary public, I imagine Vandamme himself as he is also a Notary, all of this without my knowledge

2) Not 1 of the 4 depositions in the court's list of documents are signed nor notarized: mine, the one of defendant Laurence Mullen, my ex co worker Fabrice Mesnier and Dr. Robins, the head of the psychology practice where I was treated weekly  by therapist Mrs. Ebbels. Mrs Ebbels that was actually the therapist I was talking to for over 1 year on a weekly basis was never deposed by my lawyer, not the other side.  My lawyer lied to me saying she was deposed by the defendants lawyers but I just found out last week when I called Veritex that she never was **( see attached)**. My lawyer willingly inflicted me with even more emotional pain putting a "show" pretending he was working for me while he had already switched sides a long time ago.

3) the whole list of 76 documents on the court website has missing signatures from both sides, signatures sometimes are handwritten and sometimes done by the computer, "memorandums of law" not signed, my ex lawyer even notarized some documents with his own Notary stamp **(see attached)** , there is a document **(number 30  attached)** that has yellow dots and it is not even filled out properly but it has still been e-filed in court, how is that possible? Documents # 23, 31, 39 and 40 from the court's website have no e-filed stamp like all the others.

4) In my depositions, (and nowhere else) , there are no exhibits attached of my 9 medical providers I had signed Hippaa authorizations for to Seyfarth.  In November 15 and 18, when Dr. Robins was deposed, my lawyer sent me the diagnosis he had made and supposedly given to Mr. Galligan,, one of the 3 Seyfarth lawyers for the defendants, but once again the diagnosis was never submitted as evidence. **See attachment.**

5) one of the most disturbing findings for me was an email **(attachment I)** where my lawyer is discussing with the 3 Seyfarth defendants' lawyers (Mr. Galligan Paul, Mrs Laurie Almon and Miss Victoria Vitarelli) and 3 psychologists/employees of Dr. Robins all cc-ed ( **Mrs Tillman, Mrs. Jettoo and Mrs Almanzar)** , how "to prep the Doctor" for his deposition. If the deposition was legit supporting my claims already stated in Dr. Robins diagnosis,  why would they have to prep the doctor? Why were all 3 parties talking friendly as if they all belonged to the same side? Why didn't they depose the only person I actually talked to for 1 year and 1 month on a weekly basis, Mrs. Kelly Ebbels, instead of Dr. Robins that I never even met or talked to? Why didn't my lawyer depose himself my therapist Kelly Ebbels, my key witness?

6)Just as disturbing, is the email when my ex lawyer Vandamme is deciding ahead of time with the defendants' lawyer what they will ask me during my deposition - attachment H - that document is full of false records and my own medical records to make me believe that they actually requested the 9 records I signed the Hippaa for but they never did, that's why even in the court website, under my deposition, it says a lot of records are missing

7)When filing the deposition of Mr. Mesnier, document # 70 my ex lawyer redacted pages 93-94 : the court's website states it is to hide social security numbers, instead it was to hide a question about Mullen's residency (IRS related again), Vandamme is clearly doing everything he can to help the defendants instead of myself. his client.

This gives you an idea of the fraud perpetuated by my lawyer, like I said there are many other things, if anybody looks at all the 76 documents on the court's website can understand a lot deeper this surreal situation, I am in total shock since I found all this out as you can imagine.

This is the link with the 17 attachments proving everything I stated:
https://drive.proton.me/urls/ZX25E936F4#xJ1qQON4xGLP

I even got heavily hacked since I downloaded the link my ex lawyer provided me with to give all my case documents to my new lawyer after I fired him. I am still dealing with heavy hacking issues right now both on my phone and pc, I had to disconnect my phone and I went to the police to report this situation on 10/10/2022 - see attached -. I am really dealing with high level criminals, it is very disturbing to say the least.

I really hope you can help me, what my lawyer did to me is beyond any imagination, I always trusted him so I assumed the documents he showed me before submitting where the documents he actually filed so I never checked that, I was only checking the documents of the other side and the judge's.

I would like to thank you for doing your job of preserving an honest and ethical judicial system, I am really counting on your honesty and integrity that you will uphold your oath to our Constitution and persecute those who did not.

Respectfully,
Rossana Caponetto
251 W 92 Street Apt 2B
NY, NY 10025
ph. 212 874 7053

Sent with **Proton Mail** secure email.



VANDAMME LAW FIRM, P.C.
ATTORNEYS AT LAW

46 Trinity Place, 3ʳᵈ Floor
New York, New York 10006
Tel:212-641-0613/212-851-6916
Fax: 212-918-0729

October 30, 2022

Email: roxycapo@hotmail.com and WhatsApp
Rosanna Caponetto
251 West 92ⁿᵈ Street, 2B
New York, New York 10015

Re:     Index Number: 032137/2020

Dear Ms. Caponetto:

In response to your email, we reiterate that we do not have copies of Dr. Robins' and Mrs. Ebbels' depositions. Those copies can be obtained from Veritext Reporting by calling 800-727-6396. Dr. Robins' and Ms. Ebbels' depositions would only be relevant on the issue of damages if the case proceeded to a trial. Since they had no personal knowledge of the events that occurred while you were employed by Mr. Mullen, their depositions are hearsay and could not support any claims on the liability aspect of the case.

Also, there was only one deposition of Mr. Mesnier and one deposition of Mr. Mullen in this case. We provided you with copies of both of their transcripts.

Finally, regarding RZO Productions, please note that on one appeared on its behalf during the course of the litigation. While there initially appeared to be a good faith basis to include RZO Productions in the complaint as the US agent for Mr. Mullen, they were not needed in the case once Mr. Mullen and Ms. Acheson appeared in the case.

Very truly yours,

s/Hendrick Vandamme


11/04/22 Mail -
Roxy C...ok.pdf


EBBELS -
Record...els.pdf


Ethical and
profess...too.pdf


AA.esq-LEX
169760.pdf

(Rev. 7.30.2020)

**ATTORNEY GRIEVANCE COMMITTEE**
Supreme Court, Appellate Division
First Judicial Department
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 401-0800

**JORGE DOPICO**
**Chief Attorney**

Email Complaint and Attachments to: AD1-AGC-newcomplaints@nycourts.gov. In addition, please send **one copy** of your complaint and attachments **by regular mail** to the above address. (If you do not have a personal email account, please send two (2) complete sets of your complaint and all attachments. There may be a delay in processing your matter if it is not emailed. Please **do not** include any original documents because we are unable to return them.)

**Background Information**

Today's Date: 11/01/2022

Your Full Name: (Mr. Ms. Mrs.) Rossana Caponetto

Address: 251 W 92nd Street apt 2B

City: NY          State: NY          Zip Code: 10025

Cell Phone: _____          Business/Home Phone: 212 874 7053

Email Address: roxycapo@hotmail.com

Are you represented by a lawyer regarding this complaint? Yes ☐ No ☑ If Yes:

Lawyer's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Business Phone: _____ Cell Phone: _____

**Attorney Information**

Full Name of Attorney Complained of: (Mr. Ms. Mrs.) Victoria Marie Vitarelli reg. # 5650395

Address: 620 8TH AVE STE 3200 SEYFARTH SHAW LLP

City: NY          State: NY          Zip Code: 10018

Business Phone: (212) 218-5500          Cell Phone: _____

Email Address: vvitarelli@seyfarth.com

Date(s) of Representation/Incident: __Oct 15, 2021_____

Have you filed a civil or criminal complaint against this attorney? Yes ☐ No ☑ If Yes:

If yes, name of case (if applicable): _____

Name of Court: _____

Index Number of Case (if known): _____

Have you filed a complaint concerning this matter with another Grievance Committee, Bar Association, District Attorney's Office, or any other agency? Yes ☐ No ☑

If yes, name of agency: _____

Action taken by agency, if any:_____

**Details of Complaint**

Please describe the alleged misconduct in as much detail as possible including what happened, where and when, the names of any witnesses, what was said, and in what tone of voice, etc. Use additional sheets if necessary.

see email

Complainant's Signature (Required): __Rossana Caponetto_____

(Rev. 7.30.2020)

**ATTORNEY GRIEVANCE COMMITTEE**
Supreme Court, Appellate Division
First Judicial Department
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 401-0800

**JORGE DOPICO**
**Chief Attorney**

Email Complaint and Attachments to: AD1-AGC-newcomplaints@nycourts.gov. In addition,
please send **one copy** of your complaint and attachments **by regular mail** to the above address.
(If you do not have a personal email account, please send two (2) complete sets of your complaint
and all attachments. There may be a delay in processing your matter if it is not emailed. Please
**do not** include any original documents because we are unable to return them.)

**Background Information**

Today's Date: 11/01/22

Your Full Name: (Mr. Ms. Mrs.) Rossana Caponetto

Address: 251 W 92 Street apt 2B

City: NY          State: NY          Zip Code: 10025

Cell Phone: _____ Business/Home Phone: _____

Email Address: _____

Are you represented by a lawyer regarding this complaint? Yes ☐ No ☑ If Yes:

Lawyer's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Business Phone: _____ Cell Phone: _____

**Attorney Information**

Full Name of Attorney Complained of: (Mr. Ms. Mrs.) PAUL GALLIGAN

Address: 620 8TH AVE STE 3200 SEYFARTH SHAW LLP ISLN: 907221928

City: NEW YORK          State: NY          Zip Code: 10018

Business Phone: (212) 218-5500          Cell Phone: _____

Email Address: pgalligan@seyfarth.com

Date(s) of Representation/Incident: Oct 15, 2021

Have you filed a civil or criminal complaint against this attorney? Yes ☐ No ☑ If Yes:

If yes, name of case (if applicable): _____

Name of Court: _____

Index Number of Case (if known): _____

Have you filed a complaint concerning this matter with another Grievance Committee, Bar Association, District Attorney's Office, or any other agency? Yes ☐ No ☑

If yes, name of agency: _____

Action taken by agency, if any: _____

**Details of Complaint**

Please describe the alleged misconduct in as much detail as possible including what happened, where and when, the names of any witnesses, what was said, and in what tone of voice, etc. Use additional sheets if necessary.

see email

Complainant's Signature (Required): Rossana Caponetto _____

(Rev. 7.30.2020)

**ATTORNEY GRIEVANCE COMMITTEE**
Supreme Court, Appellate Division
First Judicial Department
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 401-0800

**JORGE DOPICO**
**Chief Attorney**

Email Complaint and Attachments to: AD1-AGC-newcomplaints@nycourts.gov. In addition, please send **one copy** of your complaint and attachments **by regular mail** to the above address. (If you do not have a personal email account, please send two (2) complete sets of your complaint and all attachments. There may be a delay in processing your matter if it is not emailed. Please **do not** include any original documents because we are unable to return them.)

**Background Information**

Today's Date: 11/01/22

Your Full Name: (Mr. Ms. Mrs.) Rossana Caponetto

Address: 251 W 92nd Street apt 2B

City: NY          State: NY          Zip Code: 10025

Cell Phone: _____ Business/Home Phone: 212 874 7053

Email Address: roxycapo@hotmail.com

Are you represented by a lawyer regarding this complaint? Yes ☐ No ☑ If Yes:

Lawyer's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Business Phone: _____ Cell Phone: _____

**Attorney Information**

Full Name of Attorney Complained of: (Mr. Ms. Mrs.) Laurie Almon reg. #     2681831

Address: 620 8TH AVE STE 3200 SEYFARTH SHAW LLP

City: NY          State: NY          Zip Code: 10018

Business Phone: (212) 218-5500          Cell Phone: _____

Email Address: lalmon@seyfarth.com

Date(s) of Representation/Incident: __10/15/21_____

Have you filed a civil or criminal complaint against this attorney? Yes ⬜ No ✓ If Yes:

If yes, name of case (if applicable): _____

Name of Court: _____

Index Number of Case (if known): _____

Have you filed a complaint concerning this matter with another Grievance Committee, Bar Association, District Attorney's Office, or any other agency? Yes ⬜ No ✓

If yes, name of agency: _____

Action taken by agency, if any:_____


**Details of Complaint**

Please describe the alleged misconduct in as much detail as possible including what happened, where and when, the names of any witnesses, what was said, and in what tone of voice, etc. Use additional sheets if necessary.

see email

Complainant's Signature (Required): __Rossana Caponetto_____

(Rev. 7.30.2020)

**ATTORNEY GRIEVANCE COMMITTEE**
Supreme Court, Appellate Division
First Judicial Department
180 Maiden Lane, 17th Floor
New York, New York 10038
(212) 401-0800

**JORGE DOPICO**
**Chief Attorney**

Email Complaint and Attachments to: AD1-AGC-newcomplaints@nycourts.gov. In addition, please send **one copy** of your complaint and attachments **by regular mail** to the above address. (If you do not have a personal email account, please send two (2) complete sets of your complaint and all attachments. There may be a delay in processing your matter if it is not emailed. Please **do not** include any original documents because we are unable to return them.)

**Background Information**

Today's Date: _____10/31/2022_____

Your Full Name: (Mr. Ms. Mrs.) _Rossana Caponetto_____

Address: _251 W 92 Street apt 2B_____

City: _New York_____ State: _NY_____ Zip Code: _10025_____

Cell Phone: _212 874-7053_____ Business/Home Phone: _____

Email Address: _____

Are you represented by a lawyer regarding this complaint? Yes _____ No _✓___ If Yes:

Lawyer's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Business Phone: _____ Cell Phone: _____


**Attorney Information**

Full Name of Attorney Complained of: (Mr. Ms. Mrs.) _Hendrick Vandamme + Hollis Vandam__

Address: _45 Trinity Place 3rd floor_____

City: _New York_____ State: _NY_____ Zip Code: _10006_____

Business Phone: _212 641-0613_____ Cell Phone: _212 851-6916_____

Email Address: _hendrick@vandamme-law.com_____

Date(s) of Representation/Incident: 02/16/2022

Have you filed a civil or criminal complaint against this attorney? Yes ☐ No ☑ If Yes:

If yes, name of case (if applicable): _____

Name of Court: _____

Index Number of Case (if known): _____

Have you filed a complaint concerning this matter with another Grievance Committee, Bar Association, District Attorney's Office, or any other agency? Yes ☐ No ☐

If yes, name of agency: _____

Action taken by agency, if any: _____


**Details of Complaint**

Please describe the alleged misconduct in as much detail as possible including what happened, where and when, the names of any witnesses, what was said, and in what tone of voice, etc. Use additional sheets if necessary.

see email

Complainant's Signature (Required): Rossana Caponetto _____

# EXHIBIT 12

From: **divinejustice212** divinejustice212@protonmail.com 
Subject: 2nd email - Fw: Multimillion dollar fraud connected my lawsuit - please HELP
Date: November 11, 2022 at 5:58 PM
To: newyork@fbi.gov
Cc: tegeepsheltercoord@irs.gov

Dear Sirs,
since my hacking started around 09/27/22 it has not stopped to this day. The hackers got into 4 computers, including 2 new ones I returned, (I still have the receipts to show you) and 2 cell phones. The phone I put here on this first email got tracked in less than 2 weeks so I can't use it anymore, I don't know if you ever tried to call me.
In the meantime I requested more records that were forged and submitted to court and everything always leads to covering up the tax fraud connected to my paycheck, Mr. Mullen and his management company Rzo. From the file "deposition of Fabrice" you can see the U.I. records submitted to court by Seyfarth's lawyers Galligan, ALmon and Vitarelli where the UI address doesn't match my paycheck, the deposits of the unemployments records don't match my Key Bank credit card and more wrong  personal information I pointed in red in all these records. This is a fraudulent record submitted to court to cover up the million dollars taxation fraud. Why would I be hacked constantly otherwise?
I sent a report to the IRS, the Unemployment Insurance, the judicial conduct and the lawyers grievance committee, I am attaching all evidence. My lawyer has not given me a lot of important court records to this day after almost 2 months I fired him. Almost every single record I check shows some really weird anomaly.
I totally lost my privacy, I don't have a cell and every time I turn on my computer I know they track me so it's been so difficult to even send all these reports and keep my own records or just use it for my personal things. My physical health has been severely affected and my mental stress is beyond any comprehension.
I had to close my bank account and all credit cards. My life has turned into a nightmare because of this lawsuit.
Some court records the hackers were able to corrupt completely most I still have.
Please find attached more files, they all have my comments in red to explain the fraud:





---

CRY   DATE: 11/07/22   AN: 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   DOC: 100 UNIT: SET   PG: 004   DBQR
RPYR   REO SMEM   NAME   EARNINGS   SE NUMBER   CONTROL NUMBER   PR
SE17   OI   R   CAPONE   12032.00   230700000   2114-82-71593   0171
OASDI  SELF EMPLOYMENT TOTAL   12032.00
       17 OASDI YEARLY TOTAL   12032.00

SELF EMPLOYMENT
RPYR   REO SMEM   NAME   EARNINGS   SE NUMBER   CONTROL NUMBER   PR
SE18   OI   R   CAPONE   8498.00   230600000   2215-04-78826   0301
OASDI  SELF EMPLOYMENT TOTAL   8498.00
       18 OASDI YEARLY TOTAL

EIN: 270908452   LAURENCE MULLEN
                 250 W 57TH ST FL 23
                 NEW YORK   NY   10107-2301

RPYR   REO LOAC   NAME   EARNINGS   TOTAL COMP   CONTROL NUMBER   PR
0019   AA   R   CAPONE   33923.22   33923.22   0027-KK-17417   004
              WAGE TOTAL   33923.22
       OASDI EMPLOYER TOTAL   33923.22
       19 OASDI YEARLY TOTAL   33923.22

EIN: 270908452   LAURENCE MULLEN
RPYR   REO LOAC   NAME   EARNINGS   TOTAL COMP   CONTROL NUMBER   PR
0020   AA   R   CAPONE   11307.74   11307.74   1025-AC-52856   004
              WAGE TOTAL   11307.74



If I can meet an agent in person I can show you all my records and hacked computer and cell phones.
I really hope you can help me.

Sincerely,
Rossana Caponetto
251 W 92nd St. apt 2B
NY, NY 10025
212 874 7053 landline

Sent with Proton Mail secure email.

------- Original Message -------
On Friday, October 28th, 2022 at 11:55 AM, divinejustice212 <divinejustice212@protonmail.com> wrote:

> Dear Sirs,
>
> my name is Rossana Caponetto and I am the plaintiff of a 10 million dollar lawsuit against
> the drummer and founder of the rock band U2 Laurence Mullen, his partner Ann Acheson
> and his management company RZO, docket number #32137/2020 in Rockland county, NY.
>
> I am writing to report a multimillion dollar financial and fiscal fraud connected to my lawsuit
> where Laurence Mullen's management company RZO is a key player:  this management and

"other accounting services" agency handles the biggest stars in the world, they represent artists, entertainers and public figures (according to the public info online) and handle touring and the estate management of many foreign entertainers like U2, Rolling Stones, David Bowie, Sting and the John Lennon estate.

On Sept. 20th, 2022 I found out that my lawyer Hendrick Vandamme, after almost 3 years of litigation (unusually long for a simple wrongful termination) withdrew the main causes of actions of my lawsuit without my knowledge nor consent, omitted to submit to court all the evidence to support my case and never even depose himself my key witnesses, obviously switching side but always sending me and making me sign the right document - without ever submitting them - to make me believe everything was legit and he was actually doing my interest. I realized the fraud because the deposition of my psychologist Dr. Robins and my therapist Kelly Ebbels were missing from the court's website and when I asked him a copy he said he didn't have it. I found out this week my therapist Kelly that I went to for therapy for 1 year and 1 month was actually never deposed. I sent immediately a letter to Dr. Robins office to check where my records and depositions transcripts were but nobody returned my called not answered my emails for a full week until I fired my lawyer and cc-ed everybody involved. (see attachments)
     At this point I started reading all the court's document online and found a lot of documents were different from the ones my lawyer showed me and wrote during this whole litigation so on Sept. 26, 2022 I fired him.
     When I got a link from my lawyer Vandamme with 250 documents to give to my new lawyer, a few days later I realized my computer started to act up, documents and folder would move in weird places in my desktop and when I checked all my old emails from work when I was working for Mr. Mullen I realized most of these files were corrupted. I checked all the privacy features of my mac and I found an unbelievable amount of folders and documents that were never there before, websites I never visited, documents I never saw and folders I could not even open saying I have no permission. (see attachments). Not only I had problems with my pc I also noticed my iphone was malfunctioning: each time I would call somebody they never picked up and when I called the second time they would say the phone never rang and I did not receive any text messages at all.  I go to the ATT store, they show me I have 6 IP address connected to my phone that I never connected myself, they gave me a new sim card but the problem was never solved.  I found out even a phone could be hacked, I did a research online and by putting some codes you can find that out, by putting some codes like *#004# I found out the number of my hacker that the police knows about +631 3323275 of course I do not know this number.

At this point I realize all of this is connected to my lawsuit so on Oct. 10th, 2022, I go to the NYPD 24th precinct near by me and explain everything that happened to me and that it is connected to my lawsuit: the very professional and kind Captain Zaffiro answers all my questions and send me to another very kind officer Po Sjoberg who is a very knowledgable IT officer and we write the report. (see record attached). The hacking gets worse in the following days, so much so that I decided to cancel my phone line even though I tried to change the sim card. Furthermore I had got a new window computer and even that was hacked immediately, I realized it happened when I tried to transfer my court files with my USB. SO I had to return my new pc. This PC was initially set up downstairs from where I live, the Blue Mercury parfum store on 2477 Broadway, I asked the manager this favor hoping not to be found by the hackers if I connected from my own home wireless, but this did not work either. Few days later on          Oct. 14th, 2022 this store's window got broken at night and the "thieves" only got a few parfums but nothing valuable like the pc or Ipad, the police came so there is a report you can check, I really believe "they" did it to scare me. I went to the police to tell them I thought this was related to me but for 4 days in a raw when I was asking for the 2 agents I knew, I had always been told they were not there. I even called a few times and nobody helped me. I left a hand written message for Captain Zaffiro, I took a picture on my phone for my record and the picture was gone immediately. I am pretty sure Captain

my phone for my record and the picture was gone immediately. I am pretty sure Captain Zaffiro and PO Sjoberg never got my messages to this day. These are the numbers I called at the precinct 212 678 1811, 212 678 1851 , on Oct 15 at 10.15AM I talked to another lieutenant Haynes who tells me my report number is 4958 but he said he's not sure if Captain Zaffiro still works there. Another lady gave me another number of Sjoberg 917 9413362 but at that point I decided not to call anymore as I got scared of this whole situation. Of course since I found all this fraud I have been in such a state of shock physically and mentally you can certainly imagine. I slept 3 hours per night in the first 3 week and to this day I can't even feel my leg as before.

 I am still being watched 24/hrs a day with my pc, I am pretty sure they can read all my emails, I was forced to reset my computer as it would not start anymore so the Apple tech support after trying everything else just reset it saying the hacking would be over but this didn't work either.
I did save my files before so I am attaching the main ones so you can understand what the situation is, I can't write everything here because they read it and because it is very complex, there are 6 groups of people involved so I would love to talk to you in person. What I can say is, my lawyer once he understood thank to my info how much money and how much fraud was involved he switched side and helped them try to make my case disappear simply because what happened to me, if digged a little deeper, uncovers and unbelievable multimillion dollar fraud, maybe billion. I know exactly what it is and I would like to explain it to you.

Be careful some of the court files are full of viruses

Here is the link with all my 76 attachments:
https://drive.proton.me/urls/CTW2HP73BG#oYgHoTrmgVlB

Please help me!

Thank you,
Rossana
646 964 7581

Sent with Proton Mail secure email.

  

NO FEE*            DEPOSITION of
032137..._40.pdf    FABRIC...pdf.pdf



## NYSCEF Confirmation Notice
### Rockland County Supreme Court

The NYSCEF website has received an electronic filing on 08/19/2021 09:51 AM. Please keep this notice as a confirmation of this filing.

**032137/2020**
ROSSANA CAPONETTO v. LARRY MULLEN et al

ROSSANA CAPONETTO v. LARRY MULLEN et al

**Assigned Judge: Sherri L Eisenpress**

## Documents Received on   08/19/2021 09:51 AM

**Doc #    Document Type**
29         COURT NOTICE

## Filing User

Filed by court user.

## E-mail Notifications

An email regarding this filing has been sent to the following on 08/19/2021 09:51 AM:

**LORIE E. ALMON - lalmon@seyfarth.com**
**PAUL H. GALLIGAN - pgalligan@seyfarth.com**
**HENDRICK VANDAMME - hendrick@vandamme-law.com**
**VICTORIA M. VITARELLI - vvitarelli@seyfarth.com**

### Email Notifications NOT Sent

| Role | Party | Attorney |
|------|-------|----------|
| Respondent | RZO PRODUCTIONS, INC. | No consent on record. |

\* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

---

**Donna G. Silberman, silbermd@co.rockland.ny.us**
Phone: 845-638-5094      Fax: 845-638-5221      Website: http://rocklandgov.com/departments/clerks-office/

---

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of 1

        

JUDICIAL
COND...22.pdf

RTEV16679459
22504.pdf

Hendrick and
Hollis V...on.pdf

3 Seyfarth
Ethical...on.pdf

*MY DEPO
RECS*...-71.pdf



11/04/22 Mail –
Roxy C...ok.pdf

**INCIDENT INFORMATION SLIP**
PD 301-184 (Rev. 07-15)

Date: 10/10/22

Welcome to _____ 24 Precinct
(Command)

151 west 100 Street
(Address)

212-678-1811
(Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s)

Complaint Report No.: _____   Accident Report No.: _____

Reported to ____ Po ____ Sierra ____ 13350 ____ Date of Occurrence: 9/23/22 ____ Aided Report No: _____
            (Rank)   (Name)   (Shield No.)                                      Time: 0800

Location of Occurrence: 251 West 92 Street

Crime: Unauthorized Use Of Computer

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at telephone number ____ 212-678-1831 / 1832 ____ . Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe

**COURTESY — PROFESSIONALISM — RESPECT**

**REMEMBER: CALL "911"-FOR EMERGENCIES ONLY!!!!**

1-800-225-5324

Fbi Cyber crime

Tips.fbi.gov.

**How Did We Do?**

**We value your feedback!**

Visit www.nyc.gov/nypd/feedback it to take a two-minute
survey and tell us about the service you received.

POLICE DEPARTMENT
CITY OF NEW YORK