UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSSANA CAPONETTO,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>LARRY MULLEN, et al.,<br><br>                    Defendants. | 22 Civ. 10423 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On December 9, 2022, Plaintiff Rossana Caponetto, proceeding *pro se*, filed this action against Defendants Larry Mullen, Ann Acheson, and RZO Productions LLC.  On February 22, 2023, Defendants filed a motion to dismiss the Complaint pursuant to Rules 12(b)(1), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure.

Upon consideration of the parties' written submissions, the Court grants Defendants' motion.  A decision setting forth the reasons for this ruling will issue.

SO ORDERED.

Dated:  September 30, 2023
            New York, New York

_____
JENNIFER H. REARDEN
United States District Judge