**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROSSANA CAPONETTO,

                Plaintiff,

-against-                         22 **CIVIL** 10423 (JHR)

**<u>JUDGMENT</u>**

LARRY MULLEN, et al.,
                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 1, 2025, "[W]here a court lacks subject matter jurisdiction, it also lacks the power to dismiss with prejudice." Charles v. Levitt, 716 F. App'x 18, 22 (2d Cir. 2017). The Complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      August 1, 2025

                                                **TAMMI M. HELLWIG**
                                                _____
                                                   **Clerk of Court**

                              **BY:**     K. Mango
                                                 _____
                                                   **Deputy Clerk**